UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

CIVIL RIGHTS COMPLAINT FORM FOR
PRO SE, PRISONER LITIGANTS IN ACTIONS UNDER
28 U.S.C. § 1331 or § 1346 or 42 U.S.C. § 1983

Chad Edward Johnson,

Inmate ID Number: 2021-007468,

_____,

*(Write the full name and inmate ID number of the Plaintiff.)*

v.

Lt. Jackie Solomon,
of the Liberty County,
Sheriff's Department,

*(Write the full name of each Defendant who is being sued. If the names of all the Defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

_____/

Case No.: 4:21cv470-MW-MAF
*(To be filled in by the Clerk's Office)*

**Jury Trial Requested?**
☐ YES  ☒ NO

FILED USDC FLND TL
DEC 22 '21 PM 2:57
SJB

## I. PARTIES TO THIS COMPLAINT

A. Plaintiff

Plaintiff's Name: Chad Edward Janson   ID Number: 2021-007468

List all other names by which you have been known: None

Current Institution: Bay County Jail,
Address: 5700 Star Lane
Panama City, FL. 32404

B. Defendant(s)

State the name of the Defendant, whether an individual, government agency, organization, or corporation. For individual Defendants, identify the person's official position or job title, and mailing address. Indicate the capacity in which the Defendant is being sued. Do this for *every* Defendant:

1. Defendant's Name: Jackie Solomon
   Official Position: Lieutenant
   Employed at: Liberty County Sheriffs Dept/Jail
   Mailing Address: Liberty County Jail
   HWY 20 Bristol FL. 32321

   ☐ Sued in Individual Capacity     ☒ Sued in Official Capacity

2. Defendant's Name: _____

   Official Position: _____

   Employed at: _____

   Mailing Address: _____

   _____

   ☐ Sued in Individual Capacity        ☐ Sued in Official Capacity

3. Defendant's Name: _____

   Official Position: _____

   Employed at: _____

   Mailing Address: _____

   _____

   ☐ Sued in Individual Capacity        ☐ Sued in Official Capacity

   *(Provide this information for all additional Defendants in this case by attaching additional pages, as needed.)*

## II. BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution" and federal law. Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics,* 403 U.S. 388 (1971), you may sue federal officials for the violation of certain Constitutional rights.

Are you bringing suit against (*check all that apply*):

☐ Federal Officials (*Bivens case*)    ☑ State/Local Officials (*§ 1983 case*)

## III. PRISONER STATUS

Indicate whether you are a prisoner, detainee, or in another confined status:

☑ Pretrial Detainee            ☐ Civilly Committed Detainee

☐ Convicted State Prisoner     ☐ Convicted Federal Prisoner

☐ Immigration Detainee         ☐ Other *(explain below)*:

_____

_____

## IV. STATEMENT OF FACTS

Provide a short and plain statement of the *facts* which show why you are entitled to relief. Describe how *each* Defendant was involved and what each person did, or did not do, in support of your claim. Identify when and where the events took place, and state how each Defendant caused you harm or violated federal law. Write each statement in short numbered paragraphs, limited as far as practicable to a single event or incident. ***Do not make legal argument, quote cases, cite to statutes, or reference a memorandum.*** You may make copies of the following page if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages

should be attached. *Facts not related to this same incident or issue must be addressed in a separate civil rights complaint.* 1 of 4

① To give better insite to my claim I'll need to go earlier on of the morning of 3-22-2020. I had went into an "Unauthorized Area" the officers control room. I was caught and placed in the down stairs holding cell along with 2 other inmates. I dont know the inmates real names, just there street nicknames. We were in the holding cell for 2 to 3 hours untill Defendant Lt. Jackie Solomon arrived at the Jail.

② I didnt have any way to tell the exact time, but around or between 5:00am and 6:30am the Defendant Lt. Jackie Solomon walked up to the holding cell I was in, Defendant already had the bottol of pepper spray in her hand. She asked me "Why I thought I could go into her officers station". I was sitting down behind bars with my hands in my lap, and before I could even

**Statement of Facts Continued** *(Page 2 of 4)*

say anything she sprayed me good in my face and in my chest area with the pepper spray. She then turned around and walked away.

(3). I had stayed in the holding cell for awhile longer untill I was placed in a confinement cell. The confinement cell had a shower but it wasn't working at the time. I tried to wash off the best I could out of the sink/toilet. I never got a shower or clean clothes for over 24 hour later when I was transfered to Franklin County Jail. My cloth with pepper spray on them are still in my personal property.

(4). I've asked to speak to an Liberty County deputy or someone at the jail so I could get the camra footage. I never got to speak to anyone. The Liberty Count Jail and the Liberty County Sheriffs Dept. have been non-responsive to me and the Franklin County Jail staff.

**Statement of Facts Continued** *(Page 3 of 4)*

I stayed at Franklin County for over a year asking for a greivance from from Liberty Co. Jail. they got the camra footage of me going into the controll room, but they wont come off of or just done away with the footage where the deffendent sprayed me, the holding cell was just outside the control room.

5. I beleive if I would have been sprayed with the pepper spray while I was in the "unautherized area" the control room, that would have been a justifiable use of peppa spray. But to wait till hours later while I was sitting behind bars with my hands in my lap. I did in no way be provocitive or agressive, and to be sprayed in the face and chest with pepper spray was unnecessary and with out penological Justification.

6. I the plantif beleive that Defendant

**Statement of Facts Continued** *(Page 4 of 4)*

Lt. Jackiie Solomon did maliciously and sadistically spray me with pepper spray. Her actions caused wanton an unesessary infliction of pain on my behalf, and not to give me a shower or a clean cloth for over 24 hours was an act of cruel and unusual punishment on her behalf. I had sufferd blisters on my neck and my chest area.

## V. STATEMENT OF CLAIMS

State what rights under the Constitution, laws, or treaties of the United States have been violated. Be specific. If more than one claim is asserted, number each separate claim and relate it to the facts alleged in Section IV. If more than one Defendant is named, indicate which claim is presented against which Defendant.

U.S. 8th Amendment

1# Unecessary Use of force
2# Cruel and Unusual punishment

## VI. RELIEF REQUESTED

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes. If requesting money damages *(either actual or punitive damages)*, include the amount sought and explain the basis for the claims.

I would like Sakie Solomon to Lose her position as Lieutenant, and I would like to be paid $5,000 for my pain and suffering due to wearing peper spray for more than 24 hours...

## VII. Exhaustion of Administrative Remedies

1. I and Staff at the Franklin Co. Jail had tried for over an again to get Liberty Co. Jail To fax a Grievance form. They finally did on 4-21-2021. Attached is Exibit B-1 and B-2 is copys of request of me trying to get a grievance form. There was other request, but due to my transefers to another jail they got miss placed.

2. Exibit-A is the Liberty county grievance that I filed on 4-22-2021. If you look at the top of the Grievance you can see the date and time that Liberty County jail received the fax with my Grievance.

3. I, nor any of Franklin County Jail got any responce back to the grievance. I had wrote asking about a responce, and Franklin county staff E-mail inquiring about the status of my grievance. Never got a responce

4. With this said I don't have any clue to the status of it any remedy has been made. Liberty county has been unresponcive an really uncorupperative with and though this process. The franklin county Jail where I was housed at at the time, staff told me that they was tired of reaching out and not getting any responce back that it was left up to me. It is now 12-8-2021 and I still havent gottin any responce what so ever...

# LIBERTY COUNTY CORRECTIONS
## Inmate Grievance Form

**I. Inmate Grievance**

Inmate's Name: Chad E. Johnson

Date: 4-22-2021

[✓] Emergency  [ ] Non-Emergency

Nature of Grievance: I was illegally spraied with peper spray by Jackie Solomon on 3-22-2020 while behind bars in one of the holding cells. I had my hands in my lap and was sitting down when she walked up and spraied me out of the blue. My lawyer said that it was all on camra because of pending charges I have pending that took place that day. I would like Ms. Solomon to face some suitable punishment for her illegal actio[n]

Inmate's Signature: Chad E. Johnson    Date: 4-22-2021

**II. To be completed by person investigating grievance.**

Name of Investigator: _____    Date: _____

Findings: _____

Recommendations: _____

Investigator's Signature: _____    Date: _____

Exhibit D

Proof that Liberty Co. Jail received this is at top of this page. I never was responded back to concerning this grievance.

Exibit B part 1

# FRANKLIN COUNTY JAIL FACILITY

## INMATE GRIEVANCE

INMATE NAME: Chad Johnson          DATE FILED: 3-21-21

### INCIDENT/COMPLAINT

DATE: 3-21-21    TIME: 9:00 pm    LOCATION: B Dorm

PERSON(S) INVOLVED: Chad Johnson Vs. Libert Co. Jail

NATURE OF COMPLAINT: I have requested 3 times for a grievance from Liberty County Jail and also asked to speak to a Liberty County Sheriff Officer about pressing charges against the 5 or 6 guys that jumped me there before my transfer here, and neather request has been answered. I've been here a year now with no response from them.

RULES, REGULATIONS, POLICIES, PROCEDURES, OR CIRCUMSTANCE ABOUT WHICH YOU ARE FILING THE GRIEVANCE: _____

RESOLUTION REQUESTED: Need a liberty county grievance form and a Liberty County Sherriff officer to come talk to me.

REPLY DESIRED? ✓ YES ___ NO

INMATE SIGNATURE

RECEIVED BY: [signature]          DATE &TIME: 3/22/21 @ 9am

RESPONDED BY: [signature]         DATE&TIME: 3/24/21 @ 10am

Exibit B part 2

# FRANKLIN COUNTY JAIL FACILITY

## GRIEVANCE INVESTIGATIVE REPORT

DATE ASSIGNED: 3/24/21

STAFF MEMBER ASSIGNED TO INVESTIGATE: Major John Summerhill

INMATE NAME: Chad Johnson

DATE GRIEVANCE FILED: 3/21/21     DATE GRIEVANCE RECEIVED: 3/22/21

NATURE OF GRIEVANCE: Requested (3) times for a grievance from Liberty County Jail and asked to speak to a Liberty County Sheriff officer about pressing charges.

STATEMENT OF FINDINGS AND DISPOSITION: You wrote me 2 inmate requests before this grievance. I faxed both requests to Liberty County S.O. This is out of my hands. I have no control of what they do. My advice is to write them for a response.

GRIEVANCE WAS FOUND TO BE TRUE: _____  GRIEVANCE WAS UNFOUNDED: _____

GRIEVANCE WAS FOUND TO BE FALSE OR MISLEADING: _____  DENIED: X

SIGNATURE OF INVESTIGATING OFFICER: _____  DATE: 3/24/21

DATE OF APPEAL: _____  APPEAL DISPOSITION: _____

**ATTENTION:** *The Prison Litigation Reform Act ("PLRA") does not permit awards for punitive or compensatory damages "for mental or emotional injury suffered while in custody without a prior showing of physical injury or the commission of a sexual act . . . ." 42 U.S.C. § 1997e(e).*

### VII. EXHAUSTION OF ADMINISTRATIVE REMEDIES

The PLRA requires that prisoners exhaust all available administrative remedies *(grievance procedures)* before bringing a case. 42 U.S.C. § 1997e(a). **ATTENTION:** *If you did not exhaust available remedies prior to filing this case, this case may be dismissed.*

See Attachment "VII"

### VIII. PRIOR LITIGATION

**ATTENTION:** *The "three strikes rule" of the PLRA bars a prisoner from bringing a case without full payment of the filing fee at the time of case initiation if the prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. To the best of your knowledge, have you had any case dismissed for a reason listed in § 1915(g) which counts as a "strike"?

☐ YES  ☑ NO

If you answered yes, identify the case number, date of dismissal and court:

1. Date:_____ Case #: _____

   Court: _____

2. Date:_____ Case #: _____

   Court: _____

3. Date:_____ Case #: _____

   Court: _____

*(If necessary, list additional cases on an attached page)*

N/A

B. Have you filed other lawsuits in either ***state or federal court*** dealing with the same facts or issue involved in this case?

☐ YES  ☑ NO

If you answered yes, identify the case number, parties, date filed, result *(if not still pending)*, name of judge, and court for each case *(if more than one)*:

N/A

1. Case #:_____ Parties:_____

Court:_____Judge:_____

Date Filed:_____Dismissal Date *(if not pending)*:_____

Reason:_____

2. Case #:_____Parties:_____

   Court:_____Judge:_____

   Date Filed:_____Dismissal Date *(if not pending)*:_____

   Reason:_____

C. Have you filed any other lawsuit in federal court either challenging your conviction or otherwise relating to the conditions of your confinement?

☐ YES  ☒ NO

If you answered yes, identify all lawsuits:

1. Case #:_____Parties:_____

   Court:_____Judge:_____

   Date Filed:_____Dismissal Date *(if not pending)*:_____

   Reason:_____

2. Case #:_____Parties:_____

   Court:_____Judge:_____

   Date Filed:_____Dismissal Date *(if not pending)*:_____

   Reason:_____

3. Case #:_____Parties:_____

Court:_____Judge: _____

Date Filed:_____Dismissal Date *(if not pending)*: _____

Reason: _____

4. Case #:_____Parties:_____

   Court:_____Judge: _____

   Date Filed:_____Dismissal Date *(if not pending)*: _____

   Reason: _____

5. Case #:_____Parties:_____

   Court:_____Judge: _____

   Date Filed:_____Dismissal Date *(if not pending)*: _____

   Reason: _____

6. Case #:_____Parties:_____

   Court:_____Judge: _____

   Date Filed:_____Dismissal Date *(if not pending)*: _____

   Reason: _____

*(Attach additional pages as necessary to list all cases. **Failure to disclose all prior cases may result in the dismissal of this case.**)*

## IX. CERTIFICATION

I declare under penalty of perjury that the foregoing (including all continuation pages) is true and correct. Additionally, as required by Federal

Rule of Civil Procedure 11, I certify that to the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to timely notify the Clerk's Office if there is any change to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date: 12-13-2021   Plaintiff's Signature: Chad E. Johnson

Printed Name of Plaintiff: Chad E. Johnson

Correctional Institution: Bay County Jail

Address: 5700 Star Lane
Panama City, FL. 32404

**I certify and declare, under penalty of perjury, that this complaint was (*check one*) ☐ delivered to prison officials for mailing or ☐ deposited in**

the prison's mail system for mailing on the **13** day of December, 20**21**.

Signature of Incarcerated Plaintiff: *Chad E. Johnson*

NDFL Pro Se 14 (Rev 12/16) Civil Rights Complaint Prisoner
ClerkAdmin/Official/Forms

13



from:



U.S. POSTAGE >> PITNEY BOWES
ZIP 32404 $ 001.96
02 4W
0000370755 DEC 15 202



LEGAL MAIL

To:

U.S. District Court
Northern District of Florida
Office of the Clerk
111 N. Adam St., Suite 322
Tallahassee, FL 32301-7730