**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**CHAD EDWARD JOHNSON,
# 2021-007468,**

    **Plaintiff,**

**vs.**                                                  **Case No. 4:21cv470-MW-MAF**

**LT. JACKIE SOLOMON,**

    **Defendant.**
_____/

## O R D E R

Plaintiff, an inmate proceeding pro se and with in forma pauperis status, filed an amended civil rights complaint, ECF No. 6, which was recently served on the named Defendant. ECF No. 14. A notice of appearance of counsel, ECF No. 15, has now been filed along with a motion to dismiss, ECF No. 16.

The Local Rules of this Court requires a party who opposes a motion to file a memorandum in opposition. N.D. Fla. Loc. R. 7.1(E). Plaintiff is advised that a response to the motion must be filed no later than **April 29, 2022.** Plaintiff is further advised that the Court may grant Defendant's

motion "by default" if Plaintiff "does not file a memorandum as required by this rule."  N.D. Fla. Loc. R. 7.1(H).

Plaintiff is also reminded that when he submits his opposition, he must serve a copy of his response on opposing counsel.  He must also include a certificate of service which demonstrate when and how he provided his response to opposing counsel.

Finally, the executed summons reveals that the United States Marshals Service incurred costs in serving the summons and complaint because the Defendant did not waive formal service of process.  ECF No. 14 at 2.  Defendant shall have until **April 22, 2022**, in which to show good cause why Defendant Solomon should not be assessed $123.50 as costs of service.  See Fed. R. Civ. P. 4(d)(2).

Accordingly, it is

**ORDERED**:

1. Ruling on Defendant Solomon's motion to dismiss, ECF No. 16, is **DEFERRED**.

2. Plaintiff has until **April 29, 2022**, to file a response in opposition to that motion.

3. Defendant Solomon has until **April 22, 2022**, in which to show good cause why the costs of service should not be assessed against her.

4. Because a notice of appearance of counsel has been filed, Plaintiff must mail to the attorney for the Defendant a copy of every pleading, motion, notice or other paper submitted for consideration by the Court. Plaintiff must include with the original paper to be filed with the Clerk of Court a "certificate of service" stating the date an identical copy of the paper was mailed to the attorney representing the Defendant. Any paper submitted for filing by the Plaintiff (after a response to the complaint has been filed by the Defendant) which does not contain a certificate of service shall be returned by the Clerk and disregarded by the Court.

5. Plaintiff shall immediately file a notice to the Clerk's Office in the event of an address change, transfer, or release from custody.

6. The Clerk shall refer this file upon the parties' compliance with this Order, or no later than April 29, 2022.

**DONE AND ORDERED** on March 29, 2022.

S/ Martin A. Fitzpatrick
**MARTIN A. FITZPATRICK**
**UNITED STATES MAGISTRATE JUDGE**

Case No. 4:21cv470-MW-MAF