UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CHAD EDWARD JOHNSON,

    Plaintiff,

v.                                          CASE NO.: 4:21-cv-470-MW-MAF

LT. JACKIE SOLOMON, OF THE
LIBERTY COUNTY SHERIFF'S
DEPARTMENT, in her official capacity

    Defendants.
_____

## **DEFENDANT SOLOMON'S RESPONSE TO ORDER TO SHOW CAUSE**

Defendant, Lt. Jackie Solomon, responds to this Court's Order to Show Cause (ECF No. 17) and in support thereof, states the following:

Pursuant to this Court's Order, dated March 29, 2022, regarding service of process on Defendant Solomon by the United States Marshals Service, Defendant Solomon agrees that the costs of service should be paid on her behalf; therefore, the Defendant hereby notifies this Court that payment has been made for the costs incurred in making service, in the amount of $123.50, as shown in Exhibit 1.

Dated this 19th day of April 2021.

WARNER LAW FIRM, P. A.
*/s/ Jennifer A. Hawkins*
Jennifer A. Hawkins
Florida Bar No. 17694
Timothy M. Warner
Florida Bar No. 0642363
501 West 11th Street, Suite A
Panama City, FL 32401
Phone No. (850) 784-7772
pleadings@warnerlaw.us
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was filed via CM/ECF this 19th day of April 2022, and mailed to Plaintiff at:

Chad Edward Johnson, I.D. # 2021-007468
Bay County Jail
5700 Star Lane
Panama City, FL  32404

*/s/ Jennifer A. Hawkins*
Jennifer A. Hawkins
Florida Bar No. 0017694
