CHAD EDWARD JOHNSON
2021-007468
BAY COUNTY JAIL
5700 STAR LANE
PANAMA CITY, FL 32404

Case No. 4:21/cv470-MW-MAF

VS.

Lt. Jackie Solomon
of the Liberty County
Jail

## Amended Complaint

Changed from sued in Official Capacity
to sued in Individual Capacity. Everything
else in the complaint stays the same.

FILED USDC FLND TL
JUL 5 '22 PM 2:09



# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA

## CIVIL RIGHTS COMPLAINT FORM FOR
## PRO SE, PRISONER LITIGANTS IN ACTIONS UNDER
## 28 U.S.C. § 1331 or § 1346 or 42 U.S.C. § 1983

Chad Edward Johnson,

Inmate ID Number: 2021-007468 ,

_____

*(Write the full name and inmate ID
number of the Plaintiff.)*

**Case No.:** 4:21cv470-MW-MAF

*(To be filled in by the Clerk's Office)*

**v.**

Lt. Jadlie Solomon ,

of the Liberty County, ,

Jail ,

*(Write the full name of each
Defendant who is being sued. If the
names of all the Defendants cannot
fit in the space above, please write
"see attached" in the space and
attach an additional page with the
full list of names. Do not include
addresses here.)*

_____ /

**Jury Trial Requested?**
☐ YES  ☐ NO

## I. PARTIES TO THIS COMPLAINT

### A. Plaintiff

Plaintiff's Name: _Chad Edward Johnson_ ID Number: _2021-007408_

List all other names by which you have been known: _NA_

Current Institution: _Bay County Jail_

Address: _5700 Star Lane_

_Panama City, FL 32404_

### B. Defendant(s)

State the name of the Defendant, whether an individual, government agency, organization, or corporation. For individual Defendants, identify the person's official position or job title, and mailing address. Indicate the capacity in which the Defendant is being sued. Do this for *every* Defendant:

1. Defendant's Name: _Lt. Jackie Solomon_

Official Position: _Correctional Officer at Liberty County Jail_

Employed at: _Liberty County Jail_

Mailing Address: _Liberty County Sheriffs Office_

_Bristol, FL 32321_

☑ Sued in Individual Capacity          ☐ Sued in Official Capacity

2. Defendant's Name: _____

   Official Position: _____

   Employed at: _____

   Mailing Address: _____

   _____

   □ Sued in Individual Capacity        □ Sued in Official Capacity

3. Defendant's Name: _____

   Official Position: _____

   Employed at: _____

   Mailing Address: _____

   _____

   □ Sued in Individual Capacity        □ Sued in Official Capacity

   *(Provide this information for all additional Defendants in this case by attaching additional pages, as needed.)*

## II. BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution" and federal law. Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics,* 403 U.S. 388 (1971), you may sue federal officials for the violation of certain Constitutional rights.

Are you bringing suit against (*check all that apply*):

☐ Federal Officials (*Bivens case*)   ☑ State/Local Officials *(§ 1983 case)*

## III. PRISONER STATUS

Indicate whether you are a prisoner, detainee, or in another confined status:

☑ Pretrial Detainee   ☐ Civilly Committed Detainee

☐ Convicted State Prisoner   ☐ Convicted Federal Prisoner

☐ Immigration Detainee   ☐ Other *(explain below)*:

_____

_____

## IV. STATEMENT OF FACTS

Provide a short and plain statement of the *facts* which show why you are entitled to relief. Describe how *each* Defendant was involved and what each person did, or did not do, in support of your claim. Identify when and where the events took place, and state how each Defendant caused you harm or violated federal law. Write each statement in short numbered paragraphs, limited as far as practicable to a single event or incident. ***Do not make legal argument, quote cases, cite to statutes, or reference a memorandum.*** You may make copies of the following page if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages

should be attached. *Facts not related to this same incident or issue must be addressed in a separate civil rights complaint.*

1. To give better insite to my complaint I'll need to go earlier on in the morning of 3-22-2020. I had went into an unauthorized area, "The officers Controll Room". I was caught an placed in a down stairs holding cell along with 2 other inmates. I don't know the inmates real names, just there street nick names. We were in the holding cell for 2 to 3 hours untill Deffendant LT, Jackie Solomon arrived at the Jail

2. I didn't have any real way to tell the exact time, but arownd or between 5:00am and 6:30 am the Defendant Jackie Solomon walked up to the holding cell that I was in. Defendant already had the bottle of pepper spray in her hand. She asked me "Why I thought I could go into her Officers Station"

**Statement of Facts Continued** *(Page 2 of 4 )*

I was sitting down with my hands in my lap, and before I could even say anything she sprayed me good in my face and chest area with the peper spray. She then turned around an walked away.

3. I had stayed in the holding cell for awhile longer untill I was placed in a confinement cell. The confinement cell had a shower but it wasn't working at the time. I had to try an wash of the best I could out of the Toilet/Sink. I ~~did~~ never get a shower for over 24 hours later when I was transfered to Franklin County Jail the next day. My cloth with the pepers spray on them are ~~still~~ still in my personal property at the jail.

4. I've asked to speak to a Liberty County deputy so I could get the camra footage. No one ever came to speak to me. The Jail

**Statement of Facts Continued** *(Page 3 of 4 )*

and the Liberty County Sheriff Dept. have been non-responcive to me and the Franklin County jail staff. I stayed at the Franklin County Jail for a year trying to get a grievance form an trying to get the camra footage of me being sprayed. They got the camra footage of me in the controll room, but they went come off of or they have deave away with the camra footage of me being sprayed.

5. I beleive that if I wuld have been pepper sprayed while in the unauthorized area, that would have been a justofiable use of pepper spray, but to wait till hours later while I was behind bars, sitting down with my hards in my lap was un called for. I did in no way be proactive or agressive an to be sprayed eyes with pepper spray wa totally unnecessary and with out penological Justification.

**Statement of Facts Continued** *(Page 4 of 4 )*

6. I the plaintiff beleive that Lt. Jackie solomon did maliciously and sadistically spray me with pepper spray. Her actions caused wanton an unnecessary infliction of pain, and not to give me a shower or a change of cloths for over 24 hours was an act of cruel an unusual punishment on her behalf. I had suffered Blisters on my neck an chest area.

## V.  STATEMENT OF CLAIMS

State what rights under the Constitution, laws, or treaties of the United States have been violated. Be specific. If more than one claim is asserted, number each separate claim and relate it to the facts alleged in Section IV. If more than one Defendant is named, indicate which claim is presented against which Defendant.

Fourteenth Amendment
1. Unnecessary Use of force.
2. Cruel and Unusual Punishment

## VI.  RELIEF REQUESTED

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes. If requesting money damages *(either actual or punitive damages)*, include the amount sought and explain the basis for the claims.

I would like the Defendant to get the correct punisment for her negligent actions. Also I would like for the Defendant to pay the maximum of punitive damages, for I the plaintiff suffered physical, mental and emotional damages due to the Defendants actions.

**ATTENTION:** *The Prison Litigation Reform Act ("PLRA") does not permit awards for punitive or compensatory damages "for mental or emotional injury suffered while in custody without a prior showing of physical injury or the commission of a sexual act . . . ." 42 U.S.C. § 1997e(e).*

VII.   **EXHAUSTION OF ADMINISTRATIVE REMEDIES** *See attached*

The PLRA requires that prisoners exhaust all available administrative remedies *(grievance procedures)* before bringing a case. 42 U.S.C. § 1997e(a). **ATTENTION:** *If you did not exhaust available remedies prior to filing this case, this case may be dismissed.*

VIII.  **PRIOR LITIGATION**

**ATTENTION:** *The "three strikes rule" of the PLRA bars a prisoner from bringing a case without full payment of the filing fee at the time of case initiation if the prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. To the best of your knowledge, have you had any case dismissed for a reason listed in § 1915(g) which counts as a "strike"?

☐ YES  ☑NO

If you answered yes, identify the case number, date of dismissal and court:

1. Date:_____Case #: _____

   Court: _____

2. Date:_____Case #: _____

   Court: _____

3. Date:_____Case #: _____

   Court: _____

*(If necessary, list additional cases on an attached page)*

B. Have you filed other lawsuits in either ***state or federal court*** dealing with the same facts or issue involved in this case?

☐ YES ☑NO

If you answered yes, identify the case number, parties, date filed, result *(if not still pending)*, name of judge, and court for each case *(if more than one)*:

1. Case #:_____Parties: _____

Court:_____Judge: _____

Date Filed:_____Dismissal Date *(if not pending)*: _____

Reason: _____

2.   Case #:_____Parties: _____

Court:_____Judge: _____

Date Filed:_____Dismissal Date *(if not pending)*: _____

Reason: _____

C. Have you filed any other lawsuit in federal court either challenging your

conviction or otherwise relating to the conditions of your confinement?

☐ YES   ☑ NO

If you answered yes, identify all lawsuits:

1.   Case #:_____Parties: _____

Court:_____Judge: _____

Date Filed:_____Dismissal Date *(if not pending)*: _____

Reason: _____

2.   Case #:_____Parties: _____

Court:_____Judge: _____

Date Filed:_____Dismissal Date *(if not pending)*: _____

Reason: _____

3.   Case #:_____Parties: _____

Court:_____Judge: _____

Date Filed:_____Dismissal Date *(if not pending)*: _____

Reason: _____

4. Case #:_____Parties: _____

Court:_____Judge: _____

Date Filed:_____Dismissal Date *(if not pending)*: _____

Reason: _____

5. Case #:_____Parties: _____

Court:_____Judge: _____

Date Filed:_____Dismissal Date *(if not pending)*: _____

Reason: _____

6. Case #:_____Parties: _____

Court:_____Judge: _____

Date Filed:_____Dismissal Date *(if not pending)*: _____

Reason: _____

*(Attach additional pages as necessary to list all cases. **Failure to***

***disclose all prior cases may result in the dismissal of this case.**)*

## IX. CERTIFICATION

I declare under penalty of perjury that the foregoing (including all continuation pages) is true and correct. Additionally, as required by Federal

Rule of Civil Procedure 11, I certify that to the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to timely notify the Clerk's Office if there is any change to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date: 6-30-22 Plaintiff's Signature: _Chad Edward Johnson_

Printed Name of Plaintiff: _Chad Edward Johnson_

Correctional Institution: _Bay County Jail_

Address: _5700 Star Lane_

_Panama City, FL. 32404_

**I certify and declare, under penalty of perjury, that this complaint was (*check one*) ☐ delivered to prison officials for mailing or ☑ deposited in**

the prison's mail system for mailing on the ___30___ day of ___June___,
20_22_.


Signature of Incarcerated Plaintiff: _____Chad E. Johnson_____

# LIBERTY COUNTY CORRECTIONS
## Inmate Grievance Form

## I. Inmate Grievance

Inmate's Name: Chad E. Johnson        Date: 4-22-2021        [✓] Emergency [ ] Non-Emergency

Nature of Grievance: I was illegally spraied with peper spray By Jackie Solomon on 3-22-2020 while behind bars in one of the holding cells, I had my hands in my lap and was sitting down, when she walked up and spraied me out of the blue, My lawyer said that it was all on camra because of pending charges I have pending that took place that day. I would like Ms. Solomon to face some suitable punishment for her illegal actic

Inmate's Signature: Chad E. Johnson        Date: 4-22-2021

## II. To be completed by person investigating grievance.

Name of Investigator: _____ Date: _____

Findings: _____
_____
_____
_____
_____

Recommendations: _____
_____
_____
_____
_____
_____
_____
_____

Investigator's Signature: _____ Date: _____

Exhibit C

Proof that Liberty Co. Jail received this is at top of this page. I never was responded back to concerning this grievance.

## VII. Exhaustion of Administrative Remedies

(1) I had tried for over a year to get a grievance form from Liberty County Jail. I had finally got one on 3-21-2021. I even had Staff at the Franklin County Jail, where I was housed, trying to get a responce from Liberty County Jail. I have attached "Exibits B-1 and B-2" to show that I and Staff did try an reach out to Liberty Jail concerning this complaint.

(2) Exibit A is the Liberty county Grievance that I filed on 3-22-2021. If you look at the top of the grievance you can see the date en time that Liberty County Jail received the grievance.

(3) I nor any of the ~~Liberty~~ Franklin County Jail got any responce back to the grievance. I had wrote asking for a responce, Franklin County Jail staff E-mail enquireing about the status of my grievance, we never got any responce.

(4) With that said, I dont have any clue to the status or any remidy of the grievance do to the lack of responce of the Liberty County Jail. I was told by a Franklin county staff officer that they was tired of E-mailing Liberty County Jail and not getting any kind of responce, that it was all up to me from now ~~on~~ on.

Exibit B part 1

## FRANKLIN COUNTY JAIL FACILITY

### INMATE GRIEVANCE

INMATE NAME: Chad Johnson                    DATE FILED: 3-21-21

### INCIDENT/COMPLAINT

DATE: 3-21-21   TIME: 9:00 pm   LOCATION: B Dorm

PERSON(S) INVOLVED: Chad Johnson Vs. Libet Co. Jail

NATURE OF COMPLAINT: I have requested 3 times
for a grievance from Liberty County Jail
and also asked to speak to a Liberty County
Sheriff officer about pressing charges against the
5 or 6 guys that jumped me there before my
transfer here, and neither request has been
answered, I've been here a year now with
no response from them.

RULES, REGULATIONS, POLICIES, PROCEDURES, OR CIRCUMSTANCE ABOUT
WHICH YOU ARE FILING THE GRIEVANCE: _____

_____

_____

RESOLUTION REQUESTED: Need a liberty county grievance
form and a Liberty County Sheriff officer to
come talk to me.

REPLY DESIRED? ✓ YES____ NO____

### INMATE SIGNATURE

RECEIVED BY: _____   DATE &TIME: 3/22/21 @ 9am

RESPONDED BY: _____   DATE&TIME: 3/24/21 @ 10am

*Exibit B part #2*

## FRANKLIN COUNTY JAIL FACILITY

### GRIEVANCE INVESTIGATIVE REPORT

DATE ASSIGNED: 3/24/21

STAFF MEMBER ASSIGNED TO INVESTIGATE: *Major John Summerhill*

INMATE NAME: *Chad Johnson*

DATE GRIEVANCE FILED: 3/21/21        DATE GRIEVANCE RECEIVED: 3/22/21

NATURE OF GRIEVANCE: *Requested (3) times for a grievance from Liberty County Jail and asked to speak to a Liberty County Sheriff officer about pressing charges.*

STATEMENT OF FINDINGS AND DISPOSITION: *You wrote me 2 inmate requests before this grievance. I faxed both requests to Liberty County S.O. This is out of my hands. I have no control of what they do. My advice is to write them for a response.*

GRIEVANCE WAS FOUND TO BE TRUE:_____ GRIEVANCE WAS UNFOUNDED:_____

GRIEVANCE WAS FOUND TO BE FALSE OR MISLEADING:_____ DENIED: X

SIGNATURE OF INVESTIGATING OFFICER: _____ DATE: 3/24/21

DATE OF APPEAL:_____ APPEAL DISPOSITION:_____

Chad Edward Johnson
2021-0074108
Bay County Jail
7106 Stair Lane
Panama City, FL 30404

U.S. District Court
Northern District of Florida
Office of the Clerk
111 North Adams Street, Suite 322
Tallahassee, FL 30301-7717

LEGAL MAIL

JUL 0 5 2022