IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CHAD EDWARD JOHNSON,

   *Plaintiff*,

v.    Case No.: 4:21cv470-MW/MAF

JACKIE SOLOMON,

   *Defendant*.

_____/

### ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 21. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 21, is **accepted and adopted** as this Court's opinion. Defendant's motion to dismiss, ECF No. 16, is **GRANTED in part** and **DENIED in part**. This case is **REMANDED** to the Magistrate Judge for further proceedings with respect to Plaintiff's Second Amended Complaint, ECF No. 25.

**SO ORDERED on August 1, 2022.**

                                    s/Mark E. Walker
                                    **Chief United States District Judge**