# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

CHAD EDWARD JOHNSON,
# 2021-007468,

    Plaintiff,

vs.                                 Case No. 4:21cv470-MW-MAF

LT. JACKIE SOLOMON,

    Defendant.
_____/

## O R D E R

Defendant has filed an uncontested motion requesting leave to depose a prisoner. ECF No. 31. The motion is denied as moot.

The Initial Scheduling Order was entered on August 12, 2022. ECF No. 30. That Order already granted permission for the Defendant to depose Plaintiff pursuant to Rule 30(a)(2)(B). ECF No. 30 at 5.

Additionally, the docket indicates the motion was filed by Jennifer Hawkins, counsel of record for the Defendant. ECF No. 31. However, the signature on the motion is Timothy M. Warner who has not filed a notice of appearance in the case. Counsel must properly file a notice.

Accordingly, it is

**ORDERED:**

1. The uncontested motion for leave to depose prisoner, ECF No. 31, is **DENIED as moot**.

2. The discovery period will close on November 21, 2022, and potentially dispositive motions must be filed no later than **21 days** after the close of discovery.

3. Plaintiff shall immediately file a notice to the Clerk's Office in the event his address changes, he is transferred, or released from custody.

4. The Clerk of Court return this file on the close of discovery, November 21, 2022.

**DONE AND ORDERED** on September 27, 2022.

        S/   Martin A. Fitzpatrick
        **MARTIN A. FITZPATRICK**
        **UNITED STATES MAGISTRATE JUDGE**

Case No. 4:21cv470-MW-MAF