UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CHAD EDWARD JOHNSON,

    Plaintiff,

v.                                      CASE NO.: 4:21-cv-470-MW-MAF

LT. JACKIE SOLOMON, OF THE
LIBERTY COUNTY SHERIFF'S
DEPARTMENT, in her official capacity

    Defendants.

_____

## NOTICE OF FILING REGARDING EXECUTED NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE

Defendant, Jackie Solomon, in her official capacity, by and through her undersigned counsel hereby submits this Notice of Filing, which includes the Notice, Consent and Reference of a Civil Action to a Magistrate Judge and other exhibits, and in support thereof states:

1. Pursuant to Judge's Order issued on November 28, 2022, (ECF No. 33) the Parties had until December 19, 2022, to file an executed Notice, Consent and Reference of a Civil Action to a Magistrate Judge.

2. The Notice, Consent and Reference of a Civil Action to a Magistrate Judge was signed by Plaintiff on December 19, 2022. (Exhibit 1.) However, Plaintiff's executed Notice, Consent and Reference to a Civil Action

to a Magistrate Judge was not provided to Defense Counsel prior to December 19, 2022.

3. A review of the envelope addressed to Warner Law Firm (Exhibit 2) shows that it was stamped by the Graceville Correctional Facility as received from Plaintiff for mailing on December 23, 2022.

4. The Postmark on the envelope (Exhibit 2) indicates the date of December 27, 2022, and lists the postmark's location as Pensacola, Florida.

5. Upon receipt of this mailing, counsel for Defendant has executed and returned, the Notice, Consent, and Reference of a Civil Action to a Magistrate Judge, attached hereto as Exhibit 1.

DATED this 4th day of January 2023.

WARNER LAW FIRM, P. A.

***/s/ Timothy M. Warner***
TIMOTHY M. WARNER
Florida Bar No. 0642363
501 West 11th Street, Suite A
Post Office Box 1820 (32402)
Panama City, Florida 32401
Phone No. (850) 784-7772
pleadings@warnerlaw.us
*Counsel for Defendant Solomon*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was filed via CM/ECF this 4th day of January 2023, and by regular U.S. mail to Plaintiff at:

Chad Edward Johnson, ID # 2021-007468
Bay County Jail
5700 Star Lane
Panama City, FL 32404

Chad Edward Johnson, DC # P11606
5168 Ezell Rd.
Graceville, FL 32440

/s/ Timothy M. Warner
Timothy M. Warner
Florida Bar No. 06423