UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CHAD EDWARD JOHNSON,

    Plaintiff,

v.                                    CASE NO.: 4:21-cv-470-MW-MAF

LT. JACKIE SOLOMON, OF THE
LIBERTY COUNTY SHERIFF'S
DEPARTMENT, in her official capacity

    Defendants.

---

## **DEFENDANT SOLOMON'S RESPONSE TO ORDER TO SHOW CAUSE**

Defendant, Lt. Jackie Solomon, responds to this Court's Order to Show Cause (ECF No. 35) and states the following:

Defendant Solomon represents to the Court that as of the date of filing this Response, the parties have not settled or resolved this litigation. In the event this Court deems that the Plaintiff has sufficiently complied with the requirements set forth in the Court's Order to Show Cause (ECF No. 35), it is Defendant Jackie Solomon's intention is to proceed to trial in this matter. Contemporaneous with the filing of this response, Defendant has filed the executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge. (ECF No.36)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CHAD EDWARD JOHNSON,

    Plaintiff,

v.                              CASE NO.: 4:21-cv-470-MW-MAF

LT. JACKIE SOLOMON, OF THE
LIBERTY COUNTY SHERIFF'S
DEPARTMENT, in her official capacity

    Defendants.

---

## **DEFENDANT SOLOMON'S RESPONSE TO ORDER TO SHOW CAUSE**

Defendant, Lt. Jackie Solomon, responds to this Court's Order to Show Cause (ECF No. 35) and states the following:

Defendant Solomon represents to the Court that as of the date of filing this Response, the parties have not settled or resolved this litigation. In the event this Court deems that the Plaintiff has sufficiently complied with the requirements set forth in the Court's Order to Show Cause (ECF No. 35), it is Defendant Jackie Solomon's intention is to proceed to trial in this matter. Contemporaneous with the filing of this response, Defendant has filed the executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge. (ECF No.36)

Dated this 4th day of January 2023.

                                          WARNER LAW FIRM, P. A.
                                        ***/s/ Timothy M. Warner***
                                        Timothy M. Warner
                                        Florida Bar No. 06423
                                        Jennifer A. Hawkins
                                        Florida Bar No. 17694
                                        501 West 11th Street, Suite A
                                        Panama City, FL 32401
                                        Phone No. (850) 784-7772
                                        pleadings@warnerlaw.us
                                        *Counsel for Defendant Solomon*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing was filed via CM/ECF this 4th day of January 2023, and by regular U.S. mail to Plaintiff at:

Chad Edward Johnson, ID # 2021-007468
Bay County Jail
5700 Star Lane
Panama City, FL 32404

Chad Edward Johnson, DC # P11606
5168 Ezell Rd.
Graceville, FL 32440

                                        ***/s/ Timothy M. Warner***
                                        Timothy M. Warner
                                        Florida Bar No. 06423