IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**CHAD EDWARD JOHNSON,**

    Plaintiff,

vs.                                      Case No. 4:21cv470-MAF

**LT. JACKIE SOLOMON,**

    Defendant.
_____/

## SUPPLEMENTAL PRE-TRIAL ORDER

This case is before me upon the consent of the parties. ECF No. 39. When neither Plaintiff nor Defendant filed a motion for summary judgment, an Order to Show Cause, ECF No. 35, was entered to determine if the case should be scheduled for a trial. Defendant Jackie Solomon responded and advised that the case had not settled, and she stated her intention to proceed to trial. ECF No. 37. Plaintiff Chad Edward Johnson responded by stating he wanted his complaint "to still be heard." ECF No. 38. A pre-trial Order was subsequently entered. ECF No. 40. Pursuant to that Order, counsel for Defendant was directed to provide available dates for trial. *Id.* Having reviewed the dates provided, ECF No. 41, the parties

are advised that a jury trial will be scheduled for **May 8-9, 2023**.  Two days are reserved.  Plaintiff is advised that a writ will be issued to secure his appearance at trial.  The parties shall continue to comply with the requirements of the pre-trial Order, ECF No. 40.

Finally, having reviewed this case, the Court notes that neither party has clearly indicated whether or not they believe a settlement conference would be beneficial.  The parties are required to file a response to this Order no later than **February 27, 2023**, stating their willingness to attend a settlement conference before a United States Magistrate Judge.

Accordingly, it is

**ORDERED:**

1.  The Clerk of Court shall schedule the jury trial for this case on **May 8-9, 2023**, at the United States Courthouse, 111 N. Adams Street, Tallahassee, Florida.  Two days will be reserved.

2.  No later than **February 27, 2023**, the parties shall file a response to this Order stating their willingness to participate in a settlement conference before another Magistrate Judge of this Court.

3.  No later than **February 15, 2023**, Plaintiff shall file the following:

      A.  A narrative written statement of the facts that will be presented on his behalf through oral or documentary evidence at trial.

      B.  A list of all exhibits he will offer into evidence at the trial of the case, and he must furnish counsel for Defendant Solomon with a copy of each exhibit.

      C.  A list of the names and addresses of all the witnesses whom Plaintiff intends to call and a succinct summary of the expected testimony of each of those witnesses.

      D.  If any of the witnesses are inmates or detained in a county jail, the narrative written statement must be accompanied by a motion as described in this Order.

      E.  Any proposed jury instructions.

      F.  Plaintiff shall serve upon counsel for Defendant a complete copy of all of the foregoing, and shall include in the original document filed with the Clerk of the Court a certificate stating the date a true and correct copy was mailed to Defendant's counsel.  Failure to file a pretrial narrative may result in a cancellation of the trial and a recommendation of dismissal for failure to prosecute.  Defendant shall notify the Court if Plaintiff fails to fully comply with this Order.

Case No. 4:21cv470-MW-MAF

4. On or before **March 9, 2023**, Defendant shall serve upon Plaintiff and file:

    A. A narrative written statement of the facts that will be presented on his behalf through oral or documentary evidence at trial, certifying any facts or issues which will be stipulated.

    B. A list of all exhibits she will offer into evidence at the trial of the case, and shall furnish Plaintiff with a copy of each exhibit.

    C. A list of the names and addresses of all the witnesses whom Defendant intends to call, and a summary of the expected testimony of each of those witnesses.

    D. Proposed jury instructions.

    E. Defendant shall simultaneously serve Plaintiff with a complete copy of all of the foregoing, and shall include in the original document filed with the Clerk of the Court a certificate stating the date a true and correct copy was mailed to Plaintiff. Plaintiff shall notify the Court if Defendant fails to fully comply with this Order.

5. Failure of the parties to fully disclose in the pretrial narrative statement the substance of the evidence to be offered at trial may result in exclusion of that evidence at the trial. The only exceptions are for (a)

matters which the Court determines were not reasonably discoverable, (b) privileged matters, and (c) matters used solely to impeach a witness.

6.  Plaintiff must immediately file a notice of change of address to the Clerk's Office should his address change in any way.

7.  The Clerk of Court shall return this file upon receipt of responses from the parties, or no later than February 27, 2023.

**DONE AND ORDERED** on January 30, 2023.

<u>S/   Martin A. Fitzpatrick</u>
**MARTIN A. FITZPATRICK**
**UNITED STATES MAGISTRATE JUDGE**