UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CHAD EDWARD JOHNSON,

    Plaintiff,

v.                                      CASE NO.: 4:21-cv-470-MW-MAF

LT. JACKIE SOLOMON, OF THE
LIBERTY COUNTY SHERIFF'S
DEPARTMENT, in her individual capacity

    Defendants.

---

## DEFENDANT'S NOTICE TO THE COURT REGARDING SETTLEMENT CONFERENCE

Defendant, Lt. Jackie Solomon, in her individual capacity, pursuant to this Court's Orders of January 30, 2023, February 7, 2023, and February 22, 2023, ECF No. 42, ECF No. 44, and ECF No. 48, hereby submits her notice to the court regarding a settlement conference.

    1.    Paragraph 2 of the Court's Supplemental Pretrial Order, ECF No. 42, stated the following:

> "2.    No later than **February 27, 2023**, the parties shall file a response to this Order stating their willingness to participate in a settlement conference before another Magistrate Judge of this Court."

    2.    Paragraph 3 of this Court's Order dated February 27, 2023, ECF No. 44, stated the following:

> "3. No later than **February 27, 2023**, the parties shall file a response to the prior Order, ECF No. 42, stating their willingness to participate in a settlement conference before another Magistrate Judge of this Court."

3. Paragraph 2 of this Court's Order dated February 22, 2023, ECF No. 48, stated the following:

> "2. No later than **March 1, 2023**, Defendant shall file a response to the prior Order, ECF No. 42, stating her willingness to participate in a settlement conference before another Magistrate Judge of this Court."

4. Accordingly, Defendant Lt. Jackie Solomon submits that given the parties' differing positions regarding whether this alleged incident even occurred, a settlement conference would not be beneficial in this instance; therefore, Defendant Solomon does not wish to engage in a settlement conference.

Respectfully submitted this 22nd day of February, 2023.

WARNER LAW FIRM, P. A.

**/s/ Timothy M. Warner**
Timothy M. Warner
Florida Bar No. 0642363
Jennifer A. Hawkins
Florida Bar No. 17694
501 West 11th Street, Suite A
Panama City, FL 32401
Phone No. (850) 784-7772
pleadings@warnerlaw.us
*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing was filed via CM/ECF and served upon the Plaintiff via regular U.S. Mail on this 22nd day of February, 2023, at the below address:

Chad Edward Johnson, I.D. # P11606
Graceville Correctional and Rehabilitation Facility
5168 Ezell Rd.
Graceville, FL 32440

                                    WARNER LAW FIRM, P. A.
                                    ***/s/ Timothy M. Warner***
                                    Timothy M. Warner
                                    Florida Bar No. 0642363