3-2-2023

Chad Edward Johnson,
Plaintiff,

Vs.                              Case No. 4:21cv470-MAF

Lt. Jackie Solomon,
Defendant,

### Narrative written statement

In trial I the Plaintiff will give a verbal account of the incident that took place on 3-22-2020. I have no physical evidence of the complaint, all I have is a verbal statement and actions taken by the Defendant, to which I will give verborally.

### List of Exibits

I will be presenting the Jury with exhibits from the complaint. They are listed as "Exibit-A" and "Exibit-B part 1 and Exibit-B part 2".

### Witnesses

There will be no witnesses called upon by the Plaintiff.

FILED USDC FLND TL
MAR 15 '23 PM3:29

SJB

Jury Instructions

There will be no proposed Jury instructions placed by plaintiff.

Certification of Service

I hereby certify that a copy of the foregoing was served upon the Defendant via regular U.S. Mail on 3-2-2023, at the below address.

Warner Law Firm, P.A.
501 West 11th Street, Suite A
Panama City, FL. 32401

# LIBERTY COUNTY CORRECTIONS
## Inmate Grievance Form

### I. Inmate Grievance

Inmate's Name: Chad E. Johnson
Date: 4-22-2021
[✓] Emergency [ ] Non-Emergency

Nature of Grievance: I was illegally spraied with peper spray by Jackie Solomon on 3-22-2020 while behind bars in one of the holding cells. I had my hands in my lap and was sitting down when she walked up and spraied me out of the blue. My lawyer said that it was all on camra because of pending charges I have pending that took place that day. I would like Ms. Solomon to face some suitable punishment for her illegal ac[t]

Inmate's Signature: Chad E. Johnson
Date: 4-22-2021

### II. To be completed by person investigating grievance.

Name of Investigator:
Date:
Findings:

Recommendations:

Investigator's Signature:
Date:

Proof that Liberty Co. Jail received this is at top of this page. I never was responded back to concerning this grievance.

(margin: Exhibit C)

## VII. Exhaustion of Administrative Remedies

① I had tried for over a year to get a grievance form from Liberty County Jail. I had finally got one on 3-21-2021. I even had staff at the Franklin County Jail, where I was housed, trying to get a responce from Liberty County Jail. I have attached "Exibits B-1 and B-2" to show that I and staff did try an reach out to Liberty Jail concerning this complaint.

② Exibit-A is the Liberty county Grievance that I filed on 3-21-2021. If you look at the top of the grievance you can see the date an time that Liberty County Jail received the grievance.

③ I nor any of the Franklin County Jail got any responce back to the grievance. I had wrote asking for a responce, Franklin County Jail staff E-mail enquiring about the status of my grievance, we never got any response.

④ With that said, I don't have any clue to the status or any remidy of the grievance do to the lack of responce of the Liberty County Jail. I was told by a Franklin county staff officer that they was tired of E-mailing Liberty County Jail and not getting any kind of responce, that it was all up to me from now on.

EXHIBIT B PART 1

# FRANKLIN COUNTY JAIL FACILITY

## INMATE GRIEVANCE

INMATE NAME: Chad Johnson    DATE FILED: 3-21-21

### INCIDENT/COMPLAINT

DATE: 3-21-21    TIME: 9:00 pm    LOCATION: B Dorm

PERSON(S) INVOLVED: Chad Johnson vs. Libert Co. Jail

NATURE OF COMPLAINT: I have requested 3 times for a grievance from Liberty County Jail and also asked to speak to a Liberty County Sheriff Officer about pressing charges against the 5 or 6 guys that jumped me there before my transfer here, and neither request has been answered. I've been here a year now with no reply from them.

RULES, REGULATIONS, POLICIES, PROCEDURES, OR CIRCUMSTANCE ABOUT WHICH YOU ARE FILING THE GRIEVANCE:

RESOLUTION REQUESTED: Need a Liberty County grievance form and a Liberty County Sheriff officer to come talk to me.

REPLY DESIRED? ✓ YES ___ NO

INMATE SIGNATURE

RECEIVED BY: [signature]    DATE & TIME: 3/22/21 @ 9am

RESPONDED BY: [signature]    DATE & TIME: 3/24/21 @ 1cm

Exibit B part 2

# FRANKLIN COUNTY JAIL FACILITY

## GRIEVANCE INVESTIGATIVE REPORT

DATE ASSIGNED: 3/24/21

STAFF MEMBER ASSIGNED TO INVESTIGATE: Major John Summerhill

INMATE NAME: Chad Johnson

DATE GRIEVANCE FILED: 3/21/21     DATE GRIEVANCE RECEIVED: 3/23/21

NATURE OF GRIEVANCE: Requested (3) times for a grievance from Liberty County Jail and asked to speak to a Liberty County Sheriff officer about pressing charges.

STATEMENT OF FINDINGS AND DISPOSITION: You wrote me 2 inmate requests before this grievance. I faxed both requests to Liberty County S.O. This is out of my hands. I have no control of what they do. My advice is to write them for a response.

GRIEVANCE WAS FOUND TO BE TRUE: _____ GRIEVANCE WAS UNFOUNDED: _____

GRIEVANCE WAS FOUND TO BE FALSE OR MISLEADING: _____ DENIED: X

SIGNATURE OF INVESTIGATING OFFICER: [signature]   DATE: 3/24/21

DATE OF APPEAL: _____ APPEAL DISPOSITION: _____

Chad E. Johnson PH606
Graceville Corr. Facility
5168 Ezell Road
Graceville, FL. 32440

MAR 15 2023

Provided to Graceville Correctional Facility on
3/7/23 for mailing, by [initials]

US POSTAGE $000.60
First-Class - IMI
ZIP 32440
03/07/2023
036B 0011821628

U.S. District Court
Northern District of Florida
Office of the Clerk
111 N. Adams Street, Suite 322
Tallahassee, FL. 32301-7717