# Warrantless Arrest Probable Cause Statement

I, HEATH CUTSHAW, being a duly sworn law enforcement officer employed by the Liberty County Sheriff's Office, do hereby certify and swear that I have just and reasonable grounds to believe, and do believe that the above named Defendant committed the following violation of the Law:

20-43 CF(A)

| Arrestee Information | | | |
|---|---|---|---|
| **Case Number:** 20000243 | | | |
| **Last Name** | **First Name** | **Middle Name** | **DOB** |
| JOHNSON | CHAD | EUGENE | 7/27/▮ |
| **Incident Date** | **Time of Incident** | **Location of Incident** | |
| 3/22/2020 | 03:30 | LIBERTY COUNTY JAIL | |

| Criminal Charges | | |
|---|---|---|
| **Offense** | **StatuteNumber** | **Class** |
| BATTERY ON LAW ENFORCEMENT OFFICER | 784.07(2)(b) | Felony 3 |
| Escape | 944.40 | Felony 2 |

**Probable Cause Statement**

On Sunday March 22nd, 2020, I Investigator Heath Cutshaw, with the Liberty County Sheriff's Office, was contacted by Sergeant Willis. Sergeant Willis advised me that there had been an attempted escape at the Liberty County Jail.

I then responded to the Liberty County Jail and made contact with CO Jonathon Smith. During this time a Sworn Recorded Statement was collected, and the following is a summary of his statement.

Smith stated that somewhere around 3:00 AM, during his shift as a Correction Officer at the Liberty County Jail, the downstairs female dorm had reported that the ceiling was leaking from the bathroom. Smith confirmed this and then went upstairs to the male dorm and observed that a pipe was busted from the bathroom. Smith then got a work squad inmate and they had turned the water off. After this, Smith went to the male dorm to verify that the water was turned off. After verifying this, Smith began exiting the male dorm. Smith exited the male dorm, but Inmate Chad Johnson followed him out the dorm, grabbed him by the shoulder, and pushed him to the wall. Smith stated that Johnson stated something to him, but he couldn't understand what he said. At this point several other inmates jumped on Chad while other inmates protected Smith as he returned to the control center. At this point Smith notified Dispatch and his Supervisor of what occurred. Smith told me that after the incident and inmate had told him that Chad had grabbed him because he was trying to get his keys in order to escape. Smith then told me that during the initial complaint, while he was attempting to turn the water off, Inmate Chad Johnson, Inmate Joshua Standridge, and Inmate Alex Kinsey had left the Male Dorm and went to the control center in an attempt to escape. When they couldn't open the front door to exit the jail, they returned to the dorm. Smith had verified this by camera footage inside the jail.

I Investigator Heath Cutshaw, with the Liberty County Sheriff's Office, believe there is Probable Cause to charge Chad Eugene Johnson (DOB: 07/27/1987) with violation of the following Florida State Statutes:

F.S.S. 784.07 Battery on Law Enforcement Office
F.S.S. 944.40 Escape

End of Report
L-10

Signature of Arresting Officer: _Inv. [signature]_

Sworn to and subscribed before me, the undersigned authority this _22nd_ day of _March_, 20_20_

Signature and Title of Person Administering Oath: _[signature] LEO_
**Comments:** _____

Date: _____, 20___
Judge: _____
Time: _____
Court: _____

| Judges Use Only |
|---|
| Charges: |
| |
| Comments: |
| |

03/22/2020
Page 2 of 3