

New Search   Expand All

| Case Number | Filed Date | Case Type | Status | Contested |
|---|---|---|---|---|
| 392020CF000043CFAXMX [20000043CFMXAX] | 03/24/2020 | Felony 22-D | OPEN | NO |

| Charge Seq # | Description | Date | Phase | Trial |
|---|---|---|---|---|
| 1 | ESCAPE (F2) | 04/03/2020 | Prosecutor:Filed | |
| 2 | BATTERY ON LAW ENFORCEMENT OFFICER (F3) | 04/03/2020 | Prosecutor:Filed | |

| Party Name | Party Type | Attorney | Bar ID |
|---|---|---|---|
| FLURY, RONALD WALLACE | JUDGE | | |
| JOHNSON, CHAD EDWARD   Search This Party | DEFENDANT | VON SEE, JENNA MICHELLE | 1011128 |

### Dockets

Page : 1   ALL

| Image | Doc # | Action Date | Description | Pages |
|---|---|---|---|---|
| | 110 | 02/22/2023 | NOTICE OF APPEARANCE | 1 |
| | 109 | 01/13/2023 | ORDER STRIKING DEFENDANTS PRO SE REQUEST FOR SPEEDY TRIAL | 2 |
| | 108 | 01/13/2023 | DEMAND FOR SPEEDY TRIAL | 2 |
| | 107 | 01/09/2023 | Event CASE MANAGEMENT scheduled on 4/3/2023 at 0900 AM, MX - Judge RONALD FLURY presiding. | |
| | 106 | 01/09/2023 | Updated Event CASE MANAGEMENT on 1/9/2023 0900 AM Judge RONALD FLURY results CONTINUED on 1/9/2023 | |
| | 105 | 01/09/2023 | COURT MINUTES FROM 1/9/23 FELONY DOCKET | 1 |
| | 104 | 01/05/2023 | ORDER STRIKING DEFENDANT'S PRO SE MOTION TO TRANSPORT | 4 |
| | 103 | 12/30/2022 | PRO SE MOTION TO TRANSPORT | 3 |
| | 102 | 12/14/2022 | NOTICE TO APPEAR (ATTY) | 1 |
| | 101 | 12/06/2022 | NOTICE OF COURT DATE (ATTY) | 1 |
| | 99 | 12/06/2022 | Event CASE MANAGEMENT scheduled on 1/9/2023 at 0900 AM, MX - Judge RONALD FLURY presiding. | |
| | 98 | 12/06/2022 | Updated Event CASE MANAGEMENT on 12/5/2022 0900 AM Judge RONALD FLURY results CONTINUED on 12/5/2022 | |
| | 97 | 12/05/2022 | COURT MINUTES FROM 12/5/22 FELONY COURT | 1 |
| | 96 | 11/14/2022 | NOTICE TO APPEAR (ATTY) | 1 |
| | 95 | 11/01/2022 | Event CASE MANAGEMENT scheduled on 12/5/2022 at 0900 AM, MX - Judge RONALD FLURY presiding. | |
| | 94 | 11/01/2022 | Updated Event CASE MANAGEMENT on 10/31/2022 0900 AM Judge RONALD FLURY results CONTINUED on 10/31/2022 | |
| | 93 | 10/31/2022 | COURT MINUTES FROM 10/31/22 FELONY DOCKET | 1 |
| | 92 | 09/16/2022 | NOTICE OF COURT DATE (ATTY) | 1 |
| | 91 | 09/14/2022 | Event CASE MANAGEMENT scheduled on 10/31/2022 at 0900 AM, MX - Judge RONALD FLURY presiding. | |
| | 90 | 09/14/2022 | Updated Event CASE MANAGEMENT on 9/12/2022 0900 AM Judge RONALD FLURY results CONTINUED on 9/12/2022 | |
| | 89 | 09/12/2022 | COURT MINUTES FROM 9/12/22 FELONY DOCKET | 1 |
| | 88 | 07/21/2022 | NOTICE OF COURT DATE (ATTY) | 1 |
| | 87 | 07/12/2022 | Event CASE MANAGEMENT scheduled on 9/12/2022 at 0900 AM, MX - Judge RONALD FLURY presiding. | |
| | 86 | 07/12/2022 | Updated Event CASE MANAGEMENT on 7/11/2022 0900 AM Judge RONALD FLURY results CONTINUED on 7/11/2022 | |
| | 85 | 07/11/2022 | COURT MINUTES FROM 7/11/22 FELONY DOCKET | 1 |
| | 84 | 06/14/2022 | NOTICE OF COURT DATE (ATTY) | 1 |
| | 83 | 06/08/2022 | Event CASE MANAGEMENT scheduled on 7/11/2022 at 0900 AM, MX - Judge RONALD FLURY presiding. | |
| | 82 | 06/08/2022 | Judge: FLURY , RONALD W Assigned | |
| | 81 | 06/08/2022 | Updated Event CASE MANAGEMENT on 6/6/2022 0900 AM Judge ROBERT WHEELER results CONTINUED on 6/6/2022 | |
| | 80 | 06/06/2022 | COURT MINUTES FROM 6/6/22 FELONY DOCKET | 1 |
| | 78 | 03/30/2022 | Updated Event MOTION HEARING on 3/28/2022 0900 AM Judge ROBERT WHEELER results DISPOSED on 3/28/2022 | |
| | 77 | 03/28/2022 | MOTION HEARING WORKSHEET FROM 3/28/22 NELSON HEARING | 1 |
| | 76 | 03/17/2022 | NOTICE TO APPEAR (DEF) - NOTICE EMAILED TO BAY CO JAIL | 2 |
| | 75 | 03/08/2022 | Event MOTION HEARING scheduled on 3/28/2022 at 0900 AM, MX - Judge ROBERT WHEELER presiding. | |
| | 74 | 03/07/2022 | NOTICE OF COURT DATE (ATTY) | 1 |
| | 73 | 03/03/2022 | MOTION REQUESTING NELSON HEARING CC:ASA GANO, ATTY BURDEN & KERRI | 2 |
| | 72 | 03/02/2022 | Event CASE MANAGEMENT scheduled on 6/6/2022 at 0900 AM, MX - Judge ROBERT WHEELER presiding. | |
| | 71 | 03/02/2022 | Updated Event CASE MANAGEMENT on 2/28/2022 0900 AM Judge ROBERT WHEELER results CONTINUED on 2/28/2022 | |
| | 70 | 02/28/2022 | COURT MINUTES FROM 2/28/22 FELONY DOCKET | 1 |
| | 69 | 01/13/2022 | NOTICE OF COURT DATE (DEF & ATTY) | 1 |
| | 68 | 01/04/2022 | Event CASE MANAGEMENT scheduled on 2/28/2022 at 0900 AM, MX - Judge ROBERT WHEELER presiding. | |
| | 67 | 01/04/2022 | Updated Event CASE MANAGEMENT on 1/3/2022 0900 AM Judge ROBERT WHEELER results CONTINUED on 1/3/2022 | |
| | 66 | 01/03/2022 | COURT MINUTES FROM 1/3/22 DOCKET | 1 |
| | 65 | 10/12/2021 | NOTICE TO APPEAR (ATTY) | 1 |
| | 64 | 10/05/2021 | Event CASE MANAGEMENT scheduled on 1/3/2022 at 0900 AM, MX - Judge ROBERT WHEELER presiding. | |
| | 63 | 10/05/2021 | Updated Event CASE MANAGEMENT on 10/4/2021 0900 AM Judge ROBERT WHEELER results CONTINUED on 10/4/2021 | |

Privacy - Terms

| Image | Doc # | Action Date | Description | Pages |
|---|---|---|---|---|
| 📄 | 62 | 10/04/2021 | COURT MINUTES FROM 10/4/21 DOCKET | 1 |
| 📄 | 61 | 07/30/2021 | NOTICE TO APPEAR (ATTY) | 1 |
|  | 60 | 07/30/2021 | CASE CONTINUED PER REQUEST OF ATTY BURDEN CM 10/4/21 @ 9:00 | |
|  | 59 | 07/30/2021 | Event CASE MANAGEMENT scheduled on 10/4/2021 at 0900 AM, MX - Judge ROBERT WHEELER presiding. | |
|  | 58 | 07/30/2021 | Updated Event CASE MANAGEMENT on 8/9/2021 0900 AM Judge ROBERT WHEELER results CONTINUED on 7/30/2021 | |
| 📄 | 57 | 07/16/2021 | NOTICE OF COURT DATE (DEF & ATTY) | 1 |
|  | 56 | 07/12/2021 | Event CASE MANAGEMENT scheduled on 8/9/2021 at 0900 AM, MX - Judge ROBERT WHEELER presiding. | |
|  | 55 | 07/12/2021 | Updated Event CASE MANAGEMENT on 7/12/2021 0900 AM Judge ROBERT WHEELER results CONTINUED on 7/12/2021 | |
| 📄 | 54 | 07/12/2021 | COURT MINUTES FROM 7/12/21 DOCKET | 1 |
| 📄 | 53 | 05/07/2021 | NOTICE TO APPEAR (ATTY) | 1 |
|  | 52 | 05/04/2021 | Event CASE MANAGEMENT scheduled on 7/12/2021 at 0900 AM, MX - Judge ROBERT WHEELER presiding. | |
|  | 51 | 05/04/2021 | Updated Event CASE MANAGEMENT on 5/3/2021 0900 AM Judge ROBERT WHEELER results CONTINUED on 5/3/2021 | |
| 📄 | 50 | 05/03/2021 | COURT MINUTES FROM 5/3/21 ZOOM DOCKET | 1 |
| 📄 | 49 | 03/08/2021 | NOTICE TO APPEAR (ATTY) | 1 |
|  | 48 | 03/02/2021 | Event CASE MANAGEMENT scheduled on 5/3/2021 at 0900 AM, MX - Judge ROBERT WHEELER presiding. | |
|  | 47 | 03/02/2021 | Updated Event CASE MANAGEMENT on 3/1/2021 0900 AM Judge ROBERT WHEELER results CONTINUED on 3/1/2021 | |
| 📄 | 46 | 03/01/2021 | COURT MINUTES FROM 3/1/21 ZOOM DOCKET | 1 |
| 📄 | 44 | 01/11/2021 | NOTICE TO APPEAR (ATTY) | 1 |
|  | 43 | 01/05/2021 | Event CASE MANAGEMENT scheduled on 3/1/2021 at 0900 AM, MX - Judge ROBERT WHEELER presiding. | |
|  | 42 | 01/05/2021 | Updated Event CASE MANAGEMENT on 1/4/2021 0900 AM Judge ROBERT WHEELER results CONTINUED on 1/4/2021 | |
| 📄 | 41 | 01/04/2021 | COURT MINUTES FROM 1/4/21 ZOOM DOCKET | 1 |
| 📄 | 40 | 12/03/2020 | NOTICE TO APPEAR (ATTY) | 1 |
|  | 39 | 11/30/2020 | Event CASE MANAGEMENT scheduled on 1/4/2021 at 0900 AM, MX - Judge ROBERT WHEELER presiding. | |
|  | 38 | 11/30/2020 | Updated Event CASE MANAGEMENT on 11/30/2020 0900 AM Judge ROBERT WHEELER results CONTINUED on 11/30/2020 | |
| 📄 | 37 | 11/30/2020 | COURT MINUTES FROM 11/30/20 ZOOM DOCKET | 1 |
|  | 36 | 09/21/2020 | Event CASE MANAGEMENT scheduled on 11/30/2020 at 0900 AM, MX - Judge ROBERT WHEELER presiding. | |
|  | 35 | 09/21/2020 | Updated Event CASE MANAGEMENT on 9/21/2020 0900 AM Judge ROBERT WHEELER results CONTINUED on 9/21/2020 | |
| 📄 | 34 | 09/21/2020 | COURT MINUTES FROM 9/21/20 ZOOM DOCKET | 1 |
| 📄 | 33 | 07/08/2020 | NOTICE TO APPEAR (ATTY) | 1 |
|  | 32 | 07/06/2020 | Event CASE MANAGEMENT scheduled on 9/21/2020 at 0900 AM, MX - Judge ROBERT WHEELER presiding. | |
|  | 31 | 07/06/2020 | Updated Event PT on 7/6/2020 0859 AM Judge ROBERT WHEELER results CONTINUED on 7/6/2020 | |
| 📄 | 30 | 07/06/2020 | COURT MINUTES FROM 7/6/20 ZOOM DOCKET | 1 |
| 📄 | 29 | 05/28/2020 | PLEA OF NOT GUILTY | 1 |
| 📄 | 28 | 05/28/2020 | NOTICE OF DISCOVERY | 1 |
| 📄 | 27 | 05/28/2020 | NOTICE OF APPEARANCE | 1 |
| 📄 | 26 | 05/28/2020 | ORDER OF APPOINTMENT | 1 |
| 📄 | 25 | 05/28/2020 | MOTION TO APPOINT CONFLICT COUNSEL | 2 |
| 📄 | 24 | 05/15/2020 | ANSWER TO DEMAND FOR DISCOVERY (AMENDED) | 1 |
| 📄 | 23 | 05/01/2020 | ANSWER TO DEMAND FOR DISCOVERY (AMENDED) | 1 |
| 📄 | 22 | 04/17/2020 | ANSWER TO DEMAND FOR DISCOVERY (AMENDED) | 1 |
|  | 21 | 04/09/2020 | Event PT scheduled on 7/6/2020 at 0859 AM, MX - Judge ROBERT WHEELER presiding. | |
|  | 20 | 04/09/2020 | Updated Event ARRAIGNMENT on 4/20/2020 0900 AM Judge ROBERT WHEELER results CONTINUED on 4/9/2020 | |
|  | 19 | 04/09/2020 | PER SUPREME COURT ADMIN ORDER 20-23, COURT CONTINUED CASE. PT 7/6/20 @ 9:00 | |
|  | 18 | 04/03/2020 | Prosecutor phase: Action of FILED with status of Amended entered for CNT: 2 | |
|  | 17 | 04/03/2020 | Prosecutor phase: Action of FILED with status of Same entered for CNT: 1 | |
| 📄 | 16 | 04/03/2020 | INFORMATION | 1 |
| 📄 | 15 | 04/02/2020 | ANSWER TO DEMAND FOR DISCOVERY AND DEMAND FOR NOTICE OF ALIBI | 2 |
| 📄 | 14 | 03/27/2020 | ORDER APPOINTING PUBLIC DEFENDER | 1 |
| 📄 | 13 | 03/26/2020 | NOTICE OF DISCOVERY | 2 |
|  | 100 | 03/24/2020 | Prosecutor: SARA C HASSLER Assigned | |
|  | 79 | 03/24/2020 | Prosecutor: COLE BATSON Assigned | |
|  | 45 | 03/24/2020 | Prosecutor: TOM GANO Assigned | |
|  | 12 | 03/24/2020 | Event ARRAIGNMENT scheduled on 4/20/2020 at 0900 AM, MX - Judge ROBERT WHEELER presiding. | |
|  | 11 | 03/24/2020 | FOUND INDIGENT BY CLERK (PROV APPT) | |
| 📄 | 10 | 03/24/2020 | CLERKS FIRST APPEARANCE REPORT | 1 |
| 📄 | 9 | 03/24/2020 | FIRST APPEARANCE FORM | 1 |
| 📄 | 8 | 03/24/2020 | PROBABLE CAUSE | 2 |
|  | 4 | 03/24/2020 | Case 392020CF000043CFAXMX Filed with Clerk on 3/24/2020 | |
|  | 3 | 03/24/2020 | Agency Case Number: 20000243 | |
|  | 2 | 03/24/2020 | Prosecutor: REID HAILEY Assigned | |
|  | 1 | 03/24/2020 | Judge: WHEELER , ROBERT R assigned | |
|  | 7 | 03/22/2020 | Arrest name set to JOHNSON, CHAD EDWARD for SEQ: 1, SEQ: 2 | |
|  | 6 | 03/22/2020 | Initial Status of Arrest entered for SEQ: 1, SEQ: 2 | |
|  | 5 | 03/22/2020 | OBTS # 3901007341 - SEQ: 1, SEQ: 2 | |

| Judge Assignment History | |
|---|---|

Case 4:21-cv-00470-MAF   Document 54-2   Filed 03/17/23   Page 3 of 3

| Assigned Date | Withdraw Date | Judicial Officer | Type |
|---|---|---|---|
| 03/24/2020 | 06/08/2022 | WHEELER, ROBERT R | |
| 06/08/2022 | - | FLURY, RONALD W | |

### Court Events

| Event Date | Judge | Docket Type | Location | Prosecutor | Defendant Attorney |
|---|---|---|---|---|---|
| 04/20/2020 09:00 | WHEELER, ROBERT R | ARRAIGNMENT | MAIN COURTHOUSE COURTR | HASSLER, SARA C | Von See, Jenna Michelle |
| 07/06/2020 08:59 | WHEELER, ROBERT R | PRE TRIAL | MAIN COURTHOUSE COURTR | HASSLER, SARA C | Von See, Jenna Michelle |
| 09/21/2020 09:00 | WHEELER, ROBERT R | CASE MANAGEMENT | MAIN COURTHOUSE COURTR | HASSLER, SARA C | Von See, Jenna Michelle |
| 11/30/2020 09:00 | WHEELER, ROBERT R | CASE MANAGEMENT | MAIN COURTHOUSE COURTR | HASSLER, SARA C | Von See, Jenna Michelle |
| 01/04/2021 09:00 | WHEELER, ROBERT R | CASE MANAGEMENT | MAIN COURTHOUSE COURTR | HASSLER, SARA C | Von See, Jenna Michelle |
| 03/01/2021 09:00 | WHEELER, ROBERT R | CASE MANAGEMENT | MAIN COURTHOUSE COURTR | HASSLER, SARA C | Von See, Jenna Michelle |
| 05/03/2021 09:00 | WHEELER, ROBERT R | CASE MANAGEMENT | MAIN COURTHOUSE COURTR | HASSLER, SARA C | Von See, Jenna Michelle |
| 07/12/2021 09:00 | WHEELER, ROBERT R | CASE MANAGEMENT | MAIN COURTHOUSE COURTR | HASSLER, SARA C | Von See, Jenna Michelle |
| 08/09/2021 09:00 | WHEELER, ROBERT R | CASE MANAGEMENT | MAIN COURTHOUSE COURTR | HASSLER, SARA C | Von See, Jenna Michelle |
| 10/04/2021 09:00 | WHEELER, ROBERT R | CASE MANAGEMENT | MAIN COURTHOUSE COURTR | HASSLER, SARA C | Von See, Jenna Michelle |
| 01/03/2022 09:00 | WHEELER, ROBERT R | CASE MANAGEMENT | MAIN COURTHOUSE COURTR | HASSLER, SARA C | Von See, Jenna Michelle |
| 02/28/2022 09:00 | WHEELER, ROBERT R | CASE MANAGEMENT | MAIN COURTHOUSE COURTR | HASSLER, SARA C | Von See, Jenna Michelle |
| 03/28/2022 09:00 | WHEELER, ROBERT R | MOTION HEARING | MAIN COURTHOUSE COURTR | HASSLER, SARA C | Von See, Jenna Michelle |
| 06/06/2022 09:00 | WHEELER, ROBERT R | CASE MANAGEMENT | MAIN COURTHOUSE COURTR | HASSLER, SARA C | Von See, Jenna Michelle |
| 07/11/2022 09:00 | FLURY, RONALD W | CASE MANAGEMENT | MAIN COURTHOUSE COURTR | HASSLER, SARA C | Von See, Jenna Michelle |
| 09/12/2022 09:00 | FLURY, RONALD W | CASE MANAGEMENT | MAIN COURTHOUSE COURTR | HASSLER, SARA C | Von See, Jenna Michelle |
| 10/31/2022 09:00 | FLURY, RONALD W | CASE MANAGEMENT | MAIN COURTHOUSE COURTR | HASSLER, SARA C | Von See, Jenna Michelle |
| 12/05/2022 09:00 | FLURY, RONALD W | CASE MANAGEMENT | MAIN COURTHOUSE COURTR | HASSLER, SARA C | Von See, Jenna Michelle |
| 01/09/2023 09:00 | FLURY, RONALD W | CASE MANAGEMENT | MAIN COURTHOUSE COURTR | HASSLER, SARA C | Von See, Jenna Michelle |
| 04/03/2023 09:00 | FLURY, RONALD W | CASE MANAGEMENT | MAIN COURTHOUSE COURTR | HASSLER, SARA C | Von See, Jenna Michelle |

### Sentences

No records found.

### Financial Summary

### Reopen History

** Pursuant to Florida Statutes and Florida Rules of Court Procedure, records that have been designated as expunged, sealed or confidential may not be available through this service. For additional information on specific records please contact the Clerk of Court.