# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**CHAD EDWARD JOHNSON,**

    **Plaintiff,**

vs.                                                                       **Case No. 4:21cv470-MAF**

**LT. JACKIE SOLOMON,**

    **Defendant.**

_____/

## **O R D E R**

This case is scheduled for a jury trial on May 8-9, 2023. ECF Nos. 48, 51. The case is before me upon consent of the parties. ECF No. 39.

Plaintiff, a prisoner in the custody of the Florida Department of Corrections, had been proceeding pro se in this § civil rights case. Recently, the parties were directed to submit their pre-trial documents; that process revealed that Plaintiff would be better served if he were represented by counsel. An Order was entered on March 6, 2023, directing publication on the Court's website of the request for counsel to represent Plaintiff. ECF No. 52. In response, a "motion to stay" this case has been filed and counsel requests permission to appear "on a limited

basis at this stage" to represent Plaintiff.  ECF No. 54.  The motion demonstrates, for the first time in this case, that Plaintiff is facing "parallel criminal proceedings" regarding events which allegedly preceded the use of force alleged in this case.  Plaintiff's motion is opposed.  *Id.* at 6.

Prior to ruling on the motion, counsel for Defendant is afforded the opportunity to file a response.  Defendant's response shall be filed no later than **March 31, 2023**.

Plaintiff has filed a pro se pre-trial document, ECF No. 53, in compliance with the prior Order.  No action will be taken on that document.  However, as Plaintiff has complied, Defendant is still required to file her pre-trial documents by the March 24, 2023, deadline.

Accordingly, it is

**ORDERED**:

1. Ruling on Plaintiff's motion to stay, ECF No. 54, is **DEFERRED**.

2. Defendant shall have until **March 31, 2023**, to file a response to the motion to stay, ECF No. 54.

3. On or before **March 24, 2023**, Defendant shall serve upon counsel for Plaintiff all of her pretrial documents, which must also be filed with the Court.  *See* ECF No. 42.

4.  The Clerk of Court shall return this file upon receipt of Defendant's compliance with this Order, or no later than March 31, 2023.

**DONE AND ORDERED** on March 17, 2023.

<u>S/   Martin A. Fitzpatrick</u>
**MARTIN A. FITZPATRICK**
**UNITED STATES MAGISTRATE JUDGE**

Case No. 4:21cv470-MW-MAF