UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CHAD EDWARD JOHNSON,

    Plaintiff,

v.                                        CASE NO.: 4:21-cv-470-MW-MAF

LT. JACKIE SOLOMON, OF THE
LIBERTY COUNTY SHERIFF'S
DEPARTMENT, in her individual capacity

    Defendants.

_____

## **DEFENDANT'S NOTICE OF FILING PRETRIAL DOCUMENTS**

Defendant, Jackie Solomon, in her individual capacity, by and through her undersigned counsel, pursuant to this Court's Orders [ECF 40, 42, 48, 51, and 55], hereby files the following pretrial documents:

1.    Defendant's narrative written statement of the facts that will be presented on her behalf through oral or documentary evidence at trial.

2.    A list of all exhibits Defendant will offer into evidence at the trial of the case.

3.    A list of the names and addresses of all the witnesses whom Defendant intends to call, and a summary of the expected testimony of each of those witnesses.

4. Proposed jury instructions, special jury instructions, and verdict form.

Respectfully submitted this 24th day of March, 2023.

            WARNER LAW FIRM, P. A.

            **/s/ Timothy M. Warner**
            TIMOTHY M. WARNER
            Florida Bar No. 0642363
            JENNIFER HAWKINS
            Florida Bar No. 17694
            501 W. 11th Street, Ste. A
            Panama City, FL  32401
            Phone No. (850) 784-7772
            pleadings@warnerlaw.us
            *Counsel for Defendant Lt. Jackie*
            *Solomon, in her individual capacity*

(**Certificate of Service follows on next page**)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was filed this 24th day of March, 2023, via CM/ECF, and a true and correct copy was sent via electronic mail to:

| | |
|---|---|
| James V. Cook | James M. Slater |
| Law Office of James Cook | Slater Legal PLLC |
| 314 W. Jefferson Street | 113 S. Monroe Street |
| Tallahassee, Florida 32301 | Tallahassee, Florirda 32301 |
| cookjv@gmail.com | james@slater.legal |

*and a true and correct copy was sent on March 24th, 2023 via Certified U.S. Mail to Plaintiff at*:

Chad Edward Johnson, I.D. # P11606
Graceville Correctional and Rehabilitation Facility
5168 Ezell Rd.
Graceville, FL 32440

**All of the paper exhibits listed in Defendant's Exhibit List have been mailed to Plaintiff at the above address. Video exhibits (#s 3, 4, 5, 6, 7, 8, 11, 14, and 32) have not been mailed to Plaintiff in accordance with Florida Department of Corrections regulations. However, all exhibits, including video exhibits, have been furnished via email and Dropbox link to Plaintiff's counsel.**

> WARNER LAW FIRM, P. A.
> ***/s/ Timothy M. Warner***
> Timothy M. Warner
> Florida Bar No. 0642363