UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CHAD EDWARD JOHNSON,

    Plaintiff,

v.                                          CASE NO.: 4:21-cv-470-MW-MAF

LT. JACKIE SOLOMON, OF THE
LIBERTY COUNTY SHERIFF'S
DEPARTMENT, in her individual capacity

    Defendants.

---

## **DEFENDANT'S STATEMENT OF FACTS**

Defendant, Jackie Solomon, in her individual capacity, by and through her undersigned counsel, pursuant to the Pre-trial Orders, [ECF 40, 42, 48 and 55], hereby files her Statement of Facts:

Jackie Solomon, at all times relevant, was employed at the Liberty County Jail. At the time of the incident referenced in Plaintiff's Second Amended Complaint Jackie Solomon, (hereinafter, "Solomon") held the rank of Lieutenant. Jackie Solomon currently holds the rank of Captain at the Liberty County Jail.

On March 22, 2020, the Plaintiff, Chad Johnson, was a pre-trial detainee being housed at the Liberty County Jail. In the early morning hours of March 22, 2020, Plaintiff, along with two other inmates broke a metal grate in the

male dormitory that contained several water pipes. At approximately 03:00 AM, Correctional Officer Jonathan Smith, the only CO on duty that night, received a report that there was a leak in the female dorm coming from the ceiling.  After confirming there was a leak, CO Smith went upstairs to the male dorm, which was directly above the female dorm, and observed that there was a broken pipe in the bathroom. CO Smith put together a work squad to turn the water off.  Shortly after, he went back to the male dorm to confirm that the water in fact had been turned off. Upon exiting the male dorm, CO Smith was followed by Inmate Chad Johnson, who grabbed him by the shoulder and pushed him into the wall.

Within moments of Chad Johnson pushing CO Smith, several inmates jumped on Johnson enabling CO Smith to exit the area and down the stairwell to the first floor, and ultimately get into the control room and called for help. Multiple inmates were involved in a physical altercation. A call for assistance was made at approximately 03:30 AM. CO Smith's supervisor, i.e. Lieutenant Jackie Solomon, arrived at the jail thereafter.

At the time Lt. Solomon arrived at the Liberty County Jail, the Plaintiff and the other inmates who attempted to escape were contained in two different confinement cells.  The videotape from the Jail depicts that shortly after her arrival at the Jail, Lt. Solomon was walking with a canister of OC

Spray and that Deputy Neil Shuler was walking with his taser drawn while they were checking the Jail's second-floor area to make sure that the disturbance had been quelled and that order was restored at the Jail.  At no point in time on March 22, 2020, did Lt. Solomon dispense OC Spray against the Plaintiff.

An investigation into the escape was by contacting Investigator Heath Cutshaw.  After reviewing video footage and speaking with CO Smith, Investigator Cutshaw charged Plaintiff with battery on a law enforcement officer and escape.

On March 23, 2020, Plaintiff was taken to First Appearance at the Liberty County Courthouse, which appears on video.  After First Appearance he was then transported to Franklin County Jail.

It is anticipated that the evidence will establish, including video evidence, that any of Plaintiff's injuries regarding his broken nose and black eyes were caused by the actions of the other Liberty County inmates who were subduing the Plaintiff during his escape attempt and battery on CO Smith on March 22, 2020.  There is no evidence that any action taken by Jackie Solomon resulted in the Plaintiff sustaining a broken nose or black eyes nor are there any allegation by Plaintiff to that effect.

Lt. Jackie Solomon denies that she used OC Spray against Chad Johnson on March 22, 2020.  She denies any and all liability in this litigation

and asserts that the Plaintiff is not entitled to the recovery of any damages against her regarding this matter.

In support of her defense to this civil action, Lt. Solomon has submitted Defendant's Witness List, which references potential witnesses who will be called to testify during the trial and the nature of their anticipated testimony. Also, Lt. Solomon has filed a Defendant's Exhibit List, which lists potential exhibits which may be offered into evidence and/or used for impeachment purposes during the course of the trial.

**Estimated length of trial**: Defendants believe this case can be presented in 1.5 days.

Dated this 24th day of March 2023.

                WARNER LAW FIRM, P. A.

                ***/s/ Timothy M. Warner***
                TIMOTHY M. WARNER
                Florida Bar No. 0642363
                JENNIFER HAWKINS
                Florida Bar No. 17694
                501 W. 11th Street, Ste. A
                Panama City, FL  32401
                Phone No. (850) 784-7772
                pleadings@warnerlaw.us
                *Counsel for Defendant Lt. Jackie Solomon, in her individual capacity*