UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CHAD EDWARD JOHNSON,

    Plaintiff,

v.                                                     CASE NO.: 4:21-cv-470-MW-MAF

LT. JACKIE SOLOMON, OF THE
LIBERTY COUNTY SHERIFF'S
DEPARTMENT, in her individual capacity

    Defendants.

_____

**DEFENDANT SOLOMON'S EXHIBIT LIST**

Defendant, Lt. Jackie Solomon, of the Liberty County Sheriff's Department, in her individual capacity, by and through the undersigned counsel, pursuant to the Pre-trial Orders [ECF 40, 42, 48, and 55] hereby identifies the following exhibits which may be used at trial:

| EXHIBIT NO. | EXHIBIT DESCRIPTION |
|---|---|
| 1 | Incident Report (JOH1-17 to JOH1-20) |
| 2 | Incident Report – Staff Assault (JOH1-21) |
| 3 | JOH1-25 – Video - ch12_20200322032353 |
| 4 | JOH1-26 – Video - ch11_20200322032341 |
| 5 | JOH1-27 – Video - ch10_20200322032355 |
| 6 | JOH1-28 – Video - ch08_20200322010559 |
| 7 | JOH1-29 – Video - ch08_20200322003100 |
| 8 | JOH1-30 – Video - ch05_20200322033214 |
| 9 | Event Log Report (JOH1-to JOH1-16) |

| | |
|---|---|
| 10 | Jail Placement Log for March 22, 2020 (JOH1-31 to JOH1-32) |
| 11 | Liberty County Jail video of holding cells 9 and 11 (JOH1-44) |
| 12 | Photo of Liberty County Jail Holding Cell 11 (JOH1-46) |
| 13 | Photo of Liberty County Jail Holding Cell 9 (JOH1-45) |
| 14 | JOH4-2 – Video - Full First Appearance   23MAR2020LibertyFirstApps |
| 15 | Liberty County First Appearance for case number 20-43CF |
| 16 | Liberty County First Appearance Report for case numbers 18-86CF and 19-160CF |
| 17 | Escape Screenshot |
| 18 | First Appearance Screenshot |
| 19 | Franklin County Jail Detention Intake Datasheet (JOH6-1 to JOH6-2) |
| 20 | Franklin County Jail Medical Screening Form (JOH6-103 to JOH6-105) |
| 21 | Plaintiff's Handwritten Second Amended Complaint (ECF 25) |
| 22 | Exhibit A to Plaintiff's Second Amended Complaint (ECF 25, p 17) |
| 23 | Exhibit B part 1 to Plaintiff's Second Amended Complaint (ECF 25, p. 19) |
| 24 | Exhibit B part 2 to Plaintiff's Second Amended Complaint (ECF25, p.20) |
| 25 | Plaintiff's Answers to Interrogatories |
| 26 | Transcript of Plaintiff's Deposition |
| 27 | Certified convictions – Escambia County |
| 28 | Certified conviction – Santa Rosa County |
| 29 | Certified conviction – Gulf County |
| 30 | Liberty County Jail Standard Operating Procedure – Use of Force (JOH1-37 to JOH1-40) |
| 31 | Examples of Incident Report/ Use of Force Reports used by Jackie Solomon in other instances (JOH1-33 to JOH1-36) |
| 32 | Liberty County Demonstration Videos (JOH1-41, JOH1-42, and JOH1-43) |
| 33 | Target Screenshot |

Defendant, Lt. Jackie Solomon, reserves the right to supplement this Exhibit List, if appropriate, upon authorization from the Court to do so.

Dated this 24th day of March, 2023.

        WARNER LAW FIRM, P. A.

        */s/ Timothy M. Warner*
        TIMOTHY M. WARNER
        Florida Bar No. 0642363
        JENNIFER HAWKINS
        Florida Bar No. 0017694
        pleadings@warnerlaw.us
        Post Office Box 1820
        Panama City, FL  32402
        Phone No. (850) 784-7772
        *Counsel for Defendant, Lt. Jackie Solomon, in her individual capacity*