UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CHAD EDWARD JOHNSON,

     Plaintiff,

v.                          CASE NO.: 4:21-cv-470-MW-MAF

LT. JACKIE SOLOMON, OF THE
LIBERTY COUNTY SHERIFF'S
DEPARTMENT, in her individual capacity

     Defendants.

_____

## <u>DEFENDANT'S WITNESS LIST</u>

     Defendant, Lt. Jackie Solomon[1], in her individual capacity, by and

through her undersigned counsel, and  pursuant to the Pre-trial Orders, [ECF

40, 42, 48, and 55], hereby submits her Witness List as follows:

    1.     Chad Edward Johnson, Inmate #P11606
            Graceville Correctional and Rehabilitative Facility
            5168 Ezell Road
            Graceville, FL  32440

     Chad Johnson is the Plaintiff in this litigation.  It is anticipated that the

Defendant's attorneys will cross-examine the Plaintiff regarding the incident

---

[1] Jackie Solomon currently holds  the rank of Captain at the Liberty County Jail; however, at the time of the incident referenced in Plaintiff's Amended Complaint [ECF 25], she held the rank of Lieutenant and Plaintiff's  Amended Complaint references her as "Lieutenant".

referenced in the Plaintiff's Amended Complaint [ECF 25], the allegations he has made against the Defendant and address issues concerning his liability and damages claims against the Defendant.

2.    Jackie Solomon
       c/o  Warner Law Firm, P.A.
       501 W. 11th Street, Suite A
       Panama City, FL  32401

Jackie Solomon, in her individual capacity, is sued as the sole Defendant in this litigation.  At all relevant times, she was employed by the Liberty County Sheriff's Office in the position of Lieutenant at the Liberty County Jail.  It is anticipated that Jackie Solomon will testify regarding her duties at the Liberty County Jail as a Lieutenant, the events which transpired at the Liberty County Jail on March 22, 2020, the reasons for her presence at the Liberty County Jail on March 22, 2020, and her actions taken at the Jail that day.  It is further anticipated that Jackie Solomon will testify that she did not use OC spray or any chemical agent against Chad Edward Johnson,  and address any and all other issues or matters asserted against her by Plaintiff.  Jackie Solomon will also explain her experience and training in the field of Corrections and her understanding regarding the use of OC spray.  It is anticipated that Jackie Solomon will testify that she did not use OC Spray on the Plaintiff and that she is not liable regarding the claim(s) asserted against her by the Plaintiff.

3.    Jonathon Smith
      c/o Liberty County Sheriff's Office
      12832 NW Central Avenue
      P. O. Box 67
      Bristol, FL 32321

Jonathon Smith is a former Liberty County Sheriff's Deputy and on March 22, 2020, he was employed in that capacity at the Liberty County Jail. It is anticipated that Mr. Smith will testify regarding the March 22, 2020, escape attempt by the Plaintiff and other inmates at the Liberty County Jail and the Plaintiff's attack upon him. Given that there is video depicting the escape attempt and the actions by the Plaintiff, it is also anticipated that Jonathon Smith will testify regarding events as depicted in the relevant video. Furthermore, there is video depicting Mr. Smith with Lt. Solomon at the Jail after the escape attempt and it is anticipated that Mr. Smith will testify regarding his interactions with Lt. Solomon and his observations of her.  It if further anticipated that Jonathon Smith will testify that he never saw Lt. Solomon use any OC Spray against the Plaintiff.

4.    Inv. Heath Cutshaw
      c/o Liberty County Sheriff's Office
      12832 NW Central Avenue
      P. O. Box 67
      Bristol, FL 32321

At all relevant times, Investigator Cutshaw was employed by the Liberty County Sheriff's Office.  It is anticipated that Investigator Cutshaw will testify regarding matters associated with his investigation into the escape attempt and battery by the Plaintiff on March 22, 2020.  He may also testify as to the reason why he collected certain video footage for purposes of his criminal investigation.

5.      Deputy Neil Schuler
        c/o Liberty County Sheriff's Office
        12832 NW Central Avenue
        P. O. Box 67
        Bristol, FL 32321

At all relevant times, Deputy Shuler was employed as a Liberty County Sheriff's Deputy and worked at the Liberty County Jail.  On March 22, 2020, Deputy Shuler was present while Lt. Solomon was at the Jail.  Mr. Shuler is depicted, on video, in the presence of  Lt. Solomon and it is anticipated that he will testify regarding the events occurring as depicted in that video and his observations of Lt. Solomon while he was present with her on March 22, 2020. It is further anticipated that he will testify that he never saw Lt. Solomon use any OC Spray against the Plaintiff.

6.      Sgt. Brandi Bunkley
        c/o Liberty County Sheriff's Office
        12832 NW Central Avenue

Page 4 of 9

P. O. Box 67
Bristol, FL 32321

At all relevant times, Sgt. Bunkley was employed as a Liberty County Sheriff's Deputy and worked at the Liberty County Jail.  Sgt. Bunkley has been designated as the Custodian of Records by the Liberty County Sheriff regarding the authenticity of any written reports, videotapes, and/or photographs related to this incident.   In addition, it is anticipated that Sgt. Brandi Bunkley will potentially testify regarding the operation and configuration of the Liberty County Jail in March 2020, any use of force policy, and any reporting requirements in place at the time of the incident.

It is anticipated that Ms. Bunkley will testify regarding the efforts she made to search for documentation and videotapes in the possession of the Liberty County Jail regarding the March 22, 2020 incident and that she has ascertained that the Liberty County Jail is not in possession of any video showing the first-floor area of the Jail on the morning of March 22, 2020, during the timeframe when Plaintiff claims to have been sprayed.  In addition, she will testify that she is aware that the video system in use at the Jail at that time would automatically record over existing video approximately every 30 days and if that earlier video recording was overridden that it could not be retrieved. She will testify that she did not find any documentation to indicate that anyone

requested the Sheriff to retrieve any video of that area of the first-floor of the Jail within the 30 day time period before any videotape would have been automatically overridden.

Furthermore, Brandi Bunkley will be able to testify regarding a demonstrative video depicting how OC spray is deployed and the manner in which the spray spreads once deployed.

> 7.   Johnny "Jody" Dawson
>       c/o Liberty County Sheriff's Office
>       12832 NW Central Avenue
>       P. O. Box 67
>       Bristol, FL 32321

Deputy Dawson was employed by the Liberty County Sheriff's Office on March 22, 2020, and he may testify regarding his duties and observations at the Jail on that date.  It is anticipated that Deputy Dawson will testify that he had contact with the Plaintiff on March 22, 2020, and that he neither observed any OC Spray nor smelled any OC Spay on the Plaintiff on that date.  He will be able to testify that OC Spray leaves distinctive markings and that he did not observe those markings in relation to Plaintiff.

> 8.   Zack Dugger
>       P.O. Box 341
>       Hosford, FL 32334

Zack Dugger is a former employee of the Liberty County Sheriff's Office. Mr. Dugger was serving as a Courthouse Bailiff on the date of Plaintiff's First Appearance on March 23, 2020.  It is anticipated that Mr. Dugger will testify that he was physically present in the same room as the Plaintiff at the  First Appearance of Plaintiff on March 23, 2020.  He will testify regarding his recollection of that event and that he did not smell or detect the odor of any chemical agent on Plaintiff while the Plaintiff was at First Appearance.

9.     John Summers
       c/o Leon County Sheriff's Office
       2825 Municipal Way
       Tallahassee, FL 32304

John Summers is the former Chief Deputy for the Liberty County Sheriff's office.  Mr. Summers was physically present in the same room with the Plaintiff on the date of his First Appearance on March 23, 2020.  It is anticipated that Mr. Summers will testify regarding his recollection of the event and that he did not observe any signs of Plaintiff having OC spray residue on him or on his face.  In addition, Mr. Summers did not smell or detect the odor of any chemical agent on Plaintiff while the Plaintiff was at First Appearance and he did not hear the Plaintiff mention that he was pepper sprayed.  Mr. Summers is aware that the pepper spray had a dye agent and that would have been evident if someone had been sprayed.

10.   Sgt. Darlene Dasher
c/o Franklin County Sheriff's Office
270 State Road 65
Eastpoint, FL 32328

It is anticipated that Sgt. Darlene Dasher will testify regarding her contact and/or communication with Plaintiff when he was received for intake at the Franklin County Jail on  March  23, 2020, after his First Appearance was conducted in Liberty County.   Sgt. Dasher will also testify regarding the Franklin County Sheriff's Office Jail intake form concerning Plaintiff's intake at that facility in March 2020.

11.   Trevor Lollie
c/o Liberty County Sheriff's Office
12832 NW Central Avenue
P. O. Box 67
Bristol, FL 32321

It is anticipated that Mr. Lollie may testify regarding a demonstrative video depicting how OC spray is deployed and the manner in which the spray spreads once deployed and photographs taken at the Jail.

12.   Custodian of Records regarding Video of Plaintiff's First Appearance on March 23, 2020.  The Custodian of Records will be one of the following individuals:

Subrina Manley, Digital Court Reporter
Official Court Reporters
Leon County Courthouse, Room 341
Tallahassee, FL  32301

(OR)

Anne Betancourt, Digital Court Reporter
Official Court Reporters – Gadsden Office
24 North Adams Street
Quincy, FL  32351

In the event the Plaintiff does not stipulate to the authenticity of the Video

recording of Plaintiff's First Appearance on March 23, 2020, a custodian of

records will be called to testify regarding the authenticity of said video.

13.    Witnesses listed by Plaintiffs, to the extent Defendant does not
object to said witness.

14.    Any witnesses discovered or discoverable at a later date.

Defendant, Lt. Jackie Solomon, reserves the right to supplement this

Witness List, if appropriate, upon authorization from the Court to do so.

Dated this 24th day of March, 2023.

WARNER LAW FIRM, P. A.

*/s/ Timothy M. Warner*
Timothy M. Warner
Florida Bar No. 0642363
Jennifer A. Hawkins
Florida Bar No. 17694
501 West 11th Street, Suite A
Panama City, FL 32401
Phone No. (850) 784-7772
pleadings@warnerlaw.us
*Counsel for Defendant, Lt. Jackie*
*Solomon, in her individual capacity*