UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CHAD EDWARD JOHNSON,

    Plaintiff,

v.

LT. JACKIE SOLOMON,

    Defendant.

Case No. 4:21-cv-470-MAF-[CONSENT]

**PLAINTIFF'S *UNOPPOSED* MOTION FOR LEAVE TO FILE REPLY TO DEFENDANT'S RESPONSE TO MOTION TO STAY CIVIL PROCEEDINGS**

Per Local Rule 7.1(I), Plaintiff Chad Edward Johnson, through counsel,[1] respectfully moves for leave to file a 1,000 word reply in support of his motion to stay this civil action pending the resolution of his underlying state criminal charges. [D.E. 54]. Mr. Johnson believes that further argument is necessary and appropriate to rebut Defendant Jackie Solomon's arguments in response— including that the appropriate relief would be for Mr. Johnson to dismiss this lawsuit [D.E. 56]—as well as to further demonstrate the appropriateness of a stay given the evidence Ms. Solomon intends to rely on at trial. [D.E. 57].

---

[1] The undersigned counsel has requested to appear on a limited basis to resolve the questions presented in Mr. Johnson's motion to stay these proceedings.

Dated: March 24, 2023.                  Respectfully submitted,

                                        SLATER LEGAL PLLC

                                        */s/ James M. Slater*
                                        James M. Slater (FBN 111779)
                                        113 S. Monroe Street
                                        Tallahassee, Florida 32301
                                        james@slater.legal
                                        Tel. (305) 523-9023

                                                -and-

                                        LAW OFFICE OF JAMES COOK
                                        James V. Cook (FBN 966843)
                                        314 W. Jefferson Street
                                        Tallahassee, Florida 32301
                                        cookjv@gmail.com
                                        Tel. (850) 222-8080

## Certificate of Good Faith Conference

I hereby certify pursuant to Local Rule 7.1(B) that I have conferred in good faith with opposing counsel via telephone on March 24, 2023 regarding the relief requested herein. Defendant does not oppose the relief requested.

                                        */s/ James M. Slater*
                                        James M. Slater

## Certification Pursuant to L.R. 7.1(F)

Pursuant to Local Rule 7.1(F), I hereby certify that the foregoing document contains fewer than 500 words, inclusive of headings, footnotes, and quotations, but exclusive of the case style, signature block and certificates.

                                        By: */s/ James M. Slater*
                                             James M. Slater

## Certificate of Service

I hereby certify that on March 24, 2023, I electronically filed the foregoing document with the Clerk by using the CM/ECF system, which will serve a copy on all counsel of record.

By: */s/ James M. Slater*
James M. Slater