IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**CHAD EDWARD JOHNSON,**

    **Plaintiff,**

vs.                                                                                 Case No. 4:21cv470-MAF

**LT. JACKIE SOLOMON,**

    **Defendant.**

_____/

**O R D E R**

Plaintiff, represented at this point by counsel, has filed a motion requesting permission to file a reply to Defendant's response to the motion to stay. ECF No. 58. Yesterday, an Order was entered directing the parties to file a response to an issue raised sua sponte by this Court. ECF No. 59. Plaintiff's motion is granted and reply argument may be included in the response which must be filed by April 5, 2023.

Accordingly, it is

**ORDERED**:

1. Plaintiff's consent motion to file a reply, ECF No. 58, is **GRANTED**.

2. Defendant must file a copy of the transcript of Plaintiff's deposition by **March 31, 2023**.

3. No later than **April 5, 2023**, the parties shall file a response which addresses whether or not Plaintiff has already waived his Fifth Amendment privilege against self-incrimination and address if there is a renewed interest in a settlement conference.

4. The Clerk of Court shall return this file upon receipt of the transcript and the parties' responses, or no later than April 5, 2023.

**DONE AND ORDERED** on March 28, 2023.

S/ Martin A. Fitzpatrick
**MARTIN A. FITZPATRICK**
**UNITED STATES MAGISTRATE JUDGE**