UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CHAD EDWARD JOHNSON,

    Plaintiff,

v.                                        CASE NO.: 4:21-cv-470-MW-MAF

LT. JACKIE SOLOMON, OF THE
LIBERTY COUNTY SHERIFF'S
DEPARTMENT, in her individual capacity

    Defendants.

_____

## **DEFENDANT'S WITHDRAWAL OF OBJECTION TO MOTON TO STAY**

Defendant, Lt. Jackie Solomon, in her individual capacity, by and through her undersigned counsel, hereby responds to this Court's Order [ECF 59] dated March 27, 2023 as follows.

1.    Upon consideration of the Court's Order [ECF 59], and after review of the transcript of the Plaintiff's deposition, the Defendant, Lt. Jackie Solomon, hereby withdraws her objection to Plaintiff's Motion to Stay Civil Action Pending Resolution of State Criminal Proceedings [ECF 54].

Respectfully submitted this 28th day of March 2023.

        WARNER LAW FIRM, P. A.

        ***/s/ Timothy M. Warner***
        Timothy M. Warner
        Florida Bar No. 0642363
        Jennifer A. Hawkins
        Florida Bar No. 17694
        501 West 11th Street, Suite A
        Panama City, FL 32401
        Phone No. (850) 784-7772
        pleadings@warnerlaw.us
        *Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing was filed this 28th day of March, 2023, via CM/ECF, which will send notice to:

| | |
|---|---|
| James V. Cook | James M. Slater |
| Law Office of James Cook | Slater Legal PLLC |
| 314 W. Jefferson Street | 113 S. Monroe Street |
| Tallahassee, Florida 32301 | Tallahassee, Florirda 32301 |
| cookjv@gmail.com | james@slater.legal |

*and sent via Certified U.S. Mail to Plaintiff at*:

Chad Edward Johnson, I.D. # P11606
Graceville Correctional and Rehabilitation Facility
5168 Ezell Rd.
Graceville, FL 32440

        WARNER LAW FIRM, P. A.
        ***/s/ Timothy M. Warner***
        Timothy M. Warner
        Florida Bar No. 0642363