**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**CHAD EDWARD JOHNSON,**

     **Plaintiff,**

**vs.**                                                            **Case No. 4:21cv470-MAF**

**LT. JACKIE SOLOMON,**

     **Defendant.**

**_____/**

## O R D E R

On March 17, 2023, a motion to stay this civil case and leave for counsel to appear for a limited purpose was filed.  ECF No. 54.  Defendant opposed the motion, ECF No. 56, and Plaintiff filed a motion requesting leave to file a reply, ECF No. 58.  An Order was entered on March 27th, ECF No. 59, which deferred ruling on the motion, in part, because it was unclear whether Plaintiff had already waived his Fifth Amendment privilege.  ECF No. 59.  In response, Defendant has now filed a withdrawal of her objection to the motion to stay.  ECF No. 61.  While noted, it remains that there is no need to stay this case if Plaintiff already waived his Fifth Amendment privilege against self-incrimination.

Notwithstanding Defendant's notice of withdrawal, ECF No. 61, Defendant is still required to file the "Transcript of Plaintiff's Deposition," ECF No. 57-2 (Ex. 26), on or before **March 31, 2023**.  The parties must also still file a response by **April 5, 2023**, which addresses whether or not Plaintiff's privilege has been waived.  *See* ECF No. 59.  Further, the parties should indicate whether there is any renewed interest in a settlement conference with the Honorable Charles Stampelos, United States Magistrate Judge.

Accordingly, it is

**ORDERED**:

1.  Defendant must file a copy of the transcript of Plaintiff's deposition by **March 31, 2023**.

2.  No later than **April 5, 2023**, the parties shall file a response to this Order which addresses whether or not Plaintiff has already waived his Fifth Amendment privilege against self-incrimination and address if there is a renewed interest in a settlement conference.

3.  Plaintiff's motion to stay, ECF No. 54, remains **DEFERRED**.

4. The Clerk of Court shall return this file upon receipt of the deposition transcript and the parties' responses to this Order or no later than April 5, 2023.

**DONE AND ORDERED** on March 29, 2023.

S/   **Martin A. Fitzpatrick**
**MARTIN A. FITZPATRICK**
**UNITED STATES MAGISTRATE JUDGE**