**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**CHAD EDWARD JOHNSON,**

    **Plaintiff,**

vs.                                                      **Case No. 4:21cv470-MAF**

**LT. JACKIE SOLOMON,**

    **Defendant.**
_____/

**O R D E R**

To determine the propriety of granting Plaintiff's motion to stay this civil case, Defendant was required to file a copy of Plaintiffs deposition transcript.  ECF No. 60.  Plaintiff, who is now represented by counsel at least for the limited purpose of seeking a stay, has filed a motion requesting that Defendant be required to file the transcript "under seal to limit any prejudice to the Plaintiff's rights in the criminal case by filing it as a public document."  ECF No. 63.  Plaintiff advises that Defendant consents to the motion, although the parties have "different views on whether the transcript should be sealed for trial purposes."  *Id.* at 1, n.1.

Good cause having been shown, the motion is granted. Defendant must file the transcript under seal. The transcript shall be sealed temporarily until a determination is made regarding the motion to stay. Thereafter, the issue will be reconsidered and the parties will be provided with an opportunity to address this issue.

Accordingly, it is

**ORDERED**:

1. Plaintiff's motion requiring Defendant to file a copy of the transcript of Plaintiff's deposition under seal, ECF No. 63, is a copy of the transcript of Plaintiff's deposition **GRANTED**.

2. Defendant must file Plaintiff's deposition transcript **under seal** by **March 31, 2023**.

3. No later than **April 5, 2023**, the parties shall file a response addressing whether or not Plaintiff already waived his Fifth Amendment privilege against self-incrimination and advise whether there is a renewed interest in a settlement conference.

4. Plaintiff's motion to stay, ECF No. 54, remains **DEFERRED**.

5. The Clerk of Court shall return this file upon receipt of the parties' responses to this Order or no later than April 5, 2023.

**DONE AND ORDERED** on March 30, 2023.

> **S/   Martin A. Fitzpatrick**
> **MARTIN A. FITZPATRICK**
> **UNITED STATES MAGISTRATE JUDGE**

Case No. 4:21cv470-MW-MAF