UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CHAD EDWARD JOHNSON,

    Plaintiff,

v.                                 CASE NO.: 4:21-cv-470-MW-MAF

LT. JACKIE SOLOMON, OF THE
LIBERTY COUNTY SHERIFF'S
DEPARTMENT, in her individual capacity

    Defendants.

_____

## DEFENDANT'S NOTICE OF FILING TRANSCRIPT UNDER SEAL

    Defendant, Lt. Jackie Solomon, in her individual capacity, by and through her undersigned counsel and pursuant to this Court's Order requiring Defendant to file Plaintiff's deposition transcript under seal [ECF 64], hereby gives notice of filing the transcript of the Deposition of Chad Edward Johnson, dated November 15, 2022, ***under seal***.

    Dated this 31st day of March, 2023.

                                    ***/s/ Timothy M. Warner***
                                    TIMOTHY M. WARNER
                                    Florida Bar No. 0642363
                                    JENNIFER A.J. HAWKINS
                                    Florida Bar No. 0017694
                                    WARNER LAW FIRM, P.A.
                                    501 W. 11th St. Suite A

Panama City, FL  32401
Phone No. (850) 784-7772
pleadings@warnerlaw.us


**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that the foregoing was filed this 31st day of

March, 2023 via CM/ECF, and a true and correct copy was sent via

electronic mail to:

| | |
|---|---|
| James V. Cook | James M. Slater |
| Law Office of James Cook | Slater Legal PLLC |
| 314 W. Jefferson Street | 113 S. Monroe Street |
| Tallahassee, FL 32301 | Tallahassee, FL 32301 |
| cookjv@gmail.com | james@slater.legal |


and a true and correct copy was sent on March 31, 2023 via Certified U.S.
Mail to Plaintiff at:

Chad Edward Johnson, I.D. # P11606
Graceville Correctional and Rehabilitation Facility
5168 Ezell Road
Graceville, FL 32440

*/s/ Timothy M. Warner*
TIMOTHY M. WARNER
Florida Bar No.  0642363
