UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CHAD EDWARD JOHNSON,

     Plaintiff,

v.                          CASE NO.: 4:21-cv-470-MW-MAF

LT. JACKIE SOLOMON, OF THE
LIBERTY COUNTY SHERIFF'S
DEPARTMENT, in her individual capacity

     Defendant.

---

## **DEFENDANT'S FIRST SET OF INTERROGATORIES TO PLAINTIFF**

     Defendant pursuant to Rule 33, Federal Rules of Civil Procedure, by and through undersigned counsel, request that Plaintiff, Chad Edward Johnson (hereinafter "Plaintiff"), answer in writing and under oath, within thirty (30) days after service hereof, the following written Interrogatories:

## **INSTRUCTIONS**

1.    Where the following interrogatories request you to identify a person, firm, association, company, or corporation, please identify the same by stating the

full name, last known address, and telephone number of said person, firm, association, company, or corporation.

2.      Where the following interrogatories request you to identify a writing, recording, or photograph, these terms shall be defined in accordance with the Federal Rules of Evidence. A document shall be defined as a writing, recording, photograph, or any other means of communication through the use of characters, symbols, images, or other markings.

3.      Where the following interrogatories request you to identify a writing, recording, photograph, or other type of document, please state for each such writing, recording, photograph, or other document:

     a.  Its date;

     b.  The name, address, and representative capacity, if any, of each person writing, recording, photographing, marking, or signing it;

     c.  Its subject matter; and

     d.  The name, address, and representative capacity, if any, of each person in whose custody it is now being kept or to whose control it is subject.

## **INTERROGATORIES**

(If answering for another person or entity, answer with respect to that person or entity, unless otherwise stated.)

1.      List all former names and when you were known by those names. State

all addresses where you have lived for the past ten (10) years, the dates you

lived at each address, your Social Security number, your date of birth, and, if

you are or have ever been married, the name of your spouse or spouses and

the date(s) of marriage.

**ANSWER:**

Chad Edward Johnson

D.O.B. 7-27-78

SSN 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

Last Adress 15405 NW Pea Ridge Rd.

Bristal, FL. 32321

6 years

I lived in Penserda Fl. for 3 years

3

2.      Describe in as much detail as possible how the incident described in the Plaintiff's Seconded Amended complaint occurred, including all preventative measures taken by you to prevent the action and/or any actions taken by you that directly lead to the incident described in the Plaintiff's Second Amended Complaint.

**ANSWER:**

I was sitting in the down stairs holding cell when Lt. Jackie solomon walked up to the bars an asked me why I thought I could go into the officers station. Before I could even answer, she sprayed me in the face an chest creas with pepper spray. I did not got a shower or clean cloths for over 24 hours.

3.      Have you ever been convicted of a crime, other than any juvenile adjudication, which under the law under which you were convicted was punishable by death or imprisonment in excess of one (1) year, or that involved dishonesty or a false statement regardless of the punishment? If so, state as to each conviction; the specific crime, the date of conviction, the location of conviction, the amount of time served for the conviction, whether the conviction was a felony or misdemeanor, and whether there are any judgment liens pending from the conviction.

**ANSWER:**

GTA 3rd Degree fellony FL.

felony possetion of firearms 2nd degre fellony FL.

4.      Please explain in detail each component of any and all damages or injuries which you contend to have suffered as a direct and proximate result of the alleged use of force and/or alleged cruel and unusual punishment taken against you by Defendant Solomon, including, but not limited to, economic damages, past and future pecuniary loss, mental or emotional or physical pain and suffering, mental anguish, inconvenience, loss of capacity for the enjoyment of life, medical treatment and other tangible and intangible damages you contend are continuing or permanent. To the extent that there any documents response to this Interrogatory, such as invoices, claims, receipts, or other financial records, please identify the same.

**ANSWER:**

like I had said I didnt get a shower or clean clothes for over 24 hours, the pepper spray blistered my neck an upper chest areas, I suffered pain for over 24 hours, I suffered mental an emotional pain, I had got no medical treatment or change of clothes, no shower for over 24 hours till I was transfered to another jail.

_____

_____

_____

_____

_____

5.        Describe any treatment you received, where you received it, who the treating physician was, the address and telephone number of the treating facility, the date of treatment, the time when treatment was sought, and whether you were seeking physical, emotional, or mental treatment, to treat any of the alleged injuries you alleged occurred due to the actions of the Defendant in your Second Amended Complaint

**ANSWER:**

I was transfered to Franklin County Jail, I still hasnt had a shower yet, but once I talked to the nurse at the gail she told me to take a shower cu let the rash that came up air cut.

_____

_____

_____

_____

_____

_____

_____

_____

_____

6.      Do you have any liens from any medical treatment you received as a result of any actions of the Defendant alleged in your Second Amended Complaint? If so, how long has the lien been outstanding, what is the monetary amount sought, and whether you will be receiving financial assistance in order to satisfy the lien.

**ANSWER:**

___NONe_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

7.      Did you request an inmate request form or grievance form from the Liberty County (Jail) Sheriff's Office? If so, what date was it requested, what is the name and/or badge number of the officer you made the request to, how many requests did you make, and what specifically was the form in reference to?

**ANSWER:**

I had requested a grievance form for over a year, I finally got one ON 4-22-2021. I filled out the grievance an had it faxed to liberty County Jail. A copy of the grievance and the confirmation of the fax is in my Complaint.

_____

_____

_____

_____

_____

_____

_____

8.      Did you file an inmate request form or any other grievance with Liberty

County (Jail) Sheriff's Office? If so, what date was it filed, what was the name

and/or badge number of the officer that helped you file the form, and was there

any responsive correspondence you received as a result of filing the inmate

request form or any other grievance? Please provide a copy of what you filed

with the Liberty County (Jail) Sheriff's Office.

**ANSWER:**

I finally received a 4-22-2021,
I filled out on had it faxed back the
same day. I dont know the name of the
officer who did the fax for me, but
the officer was a franklin county deputy.

_____

_____

_____

_____

_____

_____

_____

_____

_____

9.      How many times have you been pepper sprayed or tased throughout

your incarceration history? Provide the facility you were in when you were

pepper sprayed or tased, the date of when you were pepper sprayed or tased,

the reason you were pepper sprayed or tased, the name and/or badge number

of the officer that pepper sprayed or tased you, the treatment sought as a result

of being pepper sprayed or tased, and if you filed a lawsuit related to that use

of pepper spray or tasing.

**<u>ANSWER:</u>**

_____ Never _____

_____

_____

_____

_____

_____

_____

_____
_____
_____
_____
_____
_____
_____

10.	Approximately how many times have you been reprimanded or disciplined for entering and/or attempting to enter into an area that is prohibited to be entered into by an inmate since you have been incarcerated, either in a jail facility or the Department of Corrections? Provide the name of the facility, the address of the facility, the approximate dates, and the names and/or badge numbers of the officers that reprimanded or disciplined you.

**ANSWER:**

ONCE, the date of the complaint I had went into an unauthorized area, but that was hours before the time of the complaint. Lt. Jackie Soloman waited 2 hours to spray me with pepper spray

_____

_____

_____

_____

_____

_____

_____

11.     List each time you have sued a County Jail or State Correctional

Facility, or a law enforcement agency, and/or their employees, the disposition

of the suit, if it was dismissed or settled, whether you were represented by an

attorney, whether the litigation is still pending, whether the case was

dismissed, and provide the settlement amount in the event the lawsuit was

settled.

**ANSWER:**

_____Never_____

_____

_____

_____

_____

_____

12.　　　Specifically, describe each and every step you took to exhaust your

administrative remedies, as required by the Prison reform Act before you filed

this lawsuit.

**ANSWER:**

I filed the grievance, I tried to follow
up on the grievance but Liberty county
did not respond to me or the Franklin
county Jail staff attempts to find out
about the status of the grievance

_____

_____

_____

_____

_____

_____

13.     List the names and business addresses of all other physicians, medical

facilities, or other health care providers by whom or at which you have been

examined or treated in the past ten (10) years; and state as to each: the dates

of examination or treatment, the conditions or injury for which you were

examined or treated, and whether the treatment or examination was successful

in curing your conditions or injury.

**ANSWER:**

_____ None _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

14.     List the names and addresses of all persons whom you believe or are

known by you to have any knowledge concerning any of the issues in this

lawsuit; specify the specific subject matter about which the witness has

knowledge, the date of when the witness received the knowledge, and the

source that provided the witness with the knowledge.

**ANSWER:**

None
_____

_____

_____

_____

_____

_____

_____

_____
_____
_____
_____
_____
_____

15.      Specifically, describe each and every way in which your daily life

and/or routine has changed as a result of the incident alleged in your Second

Amended Complaint. Provide any documentation in which you

communicated about these changes in your life that is evidenced in writing

and/or in an audio and/or visual recording.

**ANSWER:**

I have No physical damage, but the
emotional an mental damage I have is extensive.

_____
_____
_____
_____
_____
_____

17

_____

_____

_____

_____

_____

_____

16.     List the date, times, and reasoning for any other previous interaction

you have had with Lt. Solomon while incarcerated at the Liberty County Jail.

**ANSWER:**

while my incarceration at liberty County
Jail. I had seen Lt. Solomon on a dayly
basis, but untill the day she
sprayed me we never had any problems
with each other

_____

_____

_____

_____

_____

_____

_____

_____

_____

17.     List the name and/or badge number of any officer you spoke to about receiving any camera footage of the incident alleged in Plaintiff's Second Amended Complaint, the date you spoke to an officer about receiving camera footage, and specific details of how they responded to your inquiry about receiving camera footage of the incident alleged in Plaintiff's Second Amended Complaint. To the extent that there are any documents responsive to this Interrogatory, please identify the same.

**ANSWER:**

I never got to speak to a libery county deputy, but I did write asking about the camra footage, I never got a response.

_____

_____

_____

_____

_____

_____

_____
_____
_____
_____
_____

18.     Have you filed any other lawsuits that relate to the subject matter of this

litigation and/or the incident alleged in Plaintiff's Second Amended

Complaint? If so, provide the date you filed the lawsuit, the name and address

of the named defendant, which county the lawsuit was filed in, whether it is

filed in State or Federal court, what damages you claim, and the relief sought.

**ANSWER:**

_____ No, None _____
_____
_____
_____
_____
_____
_____
_____

## **VERIFICATION**

_Chad E. Johnson_
_____

                             Chad Edward Johnson
                             Plaintiff

STATE OF _____

COUNTY OF _____

     The foregoing instrument was acknowledged before me this _____day of _____, 2022, by Edward Johnson.

       _____ Personally Known; or

       _____ Produced _____ as identification.


                        _____
                        Signature of Notary Public


(SEAL)

_____
Printed Name of Notary Public


Commission No.: _____

Commission Expires: _____