Case # 4:21-CV-00470-MW-MAF

I Chad Edward Johnson am writing to inform the court that my adress has changed. I'm currently in Florida state prison and have been shipped to a new prison. Please let the U.S. Atturny's office know that I have transefered. My new adress is as fellows below.

Chad Edward Johnson P11606
NWFRC
4455 Sam Mitchell Drive
Chipley, FL. 32428



Mailed From A State Correctional Institution

Chad E. Johnson P11606
NWFRC
4455 Sam Mitchell DR.
Chipley, FL 32428

U.S. District Court
Northern District of Florida
Office of the Clerk
111 N. Adams Street, Suite 322
Tallahassee, FL 32301