UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CHAD EDWARD JOHNSON,

     Plaintiff,

v.

LT. JACKIE SOLOMON,

     Defendant.

Case No. 4:21-cv-470-MAF-[CONSENT]

## **PLAINTIFF'S STATUS REPORT**

Pursuant to the Court's Order staying this case (ECF No. 68), the undersigned provide the Court with the following report concerning the status of Plaintiff's criminal case:

- On Monday, July 3, 2023, Plaintiff entered a plea of no contest to his pending criminal charges, for which he was adjudicated guilty. A copy of his plea is attached as **Exhibit 1**.

The undersigned have not had an opportunity to confer with Plaintiff since learning of his plea.

Dated: July 7, 2023.

Respectfully submitted,

*/s/ James M. Slater*
James M. Slater (FBN 111779)
SLATER LEGAL PLLC
113 S. Monroe Street
Tallahassee, Florida 32301
james@slater.legal
Tel. (305) 523-9023

-and-

*/s/ James V. Cook*
James V. Cook (FBN 966843)
LAW OFFICE OF JAMES COOK
314 W. Jefferson Street
Tallahassee, Florida 32301
cookjv@gmail.com
Tel. (850) 222-8080

**Certificate of Compliance with Local Rule 7.1(F)**

Pursuant to Local Rule 7.1(F), I hereby certify that the foregoing document contains fewer than 300 words, inclusive of headings, footnotes, and quotations, but exclusive of the case style, signature block and certificates.

By: */s/ James M. Slater*
James M. Slater

**Certificate of Service**

I hereby certify that on July 7, 2023, I electronically filed the foregoing document with the Clerk by using the CM/ECF system, which will serve a copy on all counsel of record.

By: */s/ James M. Slater*
James M. Slater