IN THE CIRCUIT COURT OF THE SECOND JUDICIAL CIRCUIT IN AND FOR LIBERTY COUNTY, FLORIDA

STATE OF FLORIDA

VS.

Chad Johnson

Case No.: 20-43CFA

D.O.B.: _____

Defendant.

_____/

## PLEA AND ACKNOWLEDGEMENT OF RIGHTS

I hereby enter a plea of (**X**) no contest, ( ) guilty, to the following criminal offense(s), withdrawing any previous plea of not guilty.

Count __ Offense __Escape_____ Max Penalty F2 - 15 yrs
Count __ Offense __Battery on LEO_____ Max Penalty _____
Count __ Offense _____ Max Penalty _____
Count __ Offense _____ Max Penalty _____
Count __ Offense _____ Max Penalty _____

My plea is entered with the understanding that the state has agreed or does not object to the following disposition of my case:

___Adjudication Withheld   ✓ Adjudicated Guilty

AG, 2 yrs DOC consecutive to 18-86CFA ink

*concurrent w/ current Gulf County cases*

✓ $395 Court Cost ✓ $230 Fine __ $20 Crime Stoppers fee (if AW) ✓ $100 Cost of Prosecution
✓ $100 Cost of Defense ✓ $50 PD Application fee __ $200 Cost of Investigation
__Other_____

My plea is entered with the acknowledgement and understanding of the following:

(1) I understand that the judge will place me under oath to question me about this plea. I must answer the judge's questions truthfully, and if I make a false statement while under oath I could be prosecuted for perjury.
(2) I understand that a plea of not guilty denies my guilt, a plea of guilty admits my guilt, and a plea of no contest means that I will not contest the evidence against me. I also understand that if the judge accepts this plea of guilty or no contest, there will be no trial and that I will be sentenced based on my plea.
(3) I understand the nature of the charges to which I am pleading, and I am aware of the maximum and minimum penalties. My lawyer has informed me of the facts the state would have to prove before I could be found guilty, and discussed with me any

possible defenses that could be raised in my case. I am satisfied with my lawyer's advice and help.

(4) I understand that if the judge accepts this plea, I give up the right to a trial, the right to require the State to prove the charge against me beyond a reasonable doubt, the right to have a jury decide whether I am guilty or not guilty, the right to see and hear the witnesses against me and to have my lawyer question them, the right to subpoena and present witnesses or other evidence or any defenses I may have, and to testify or remain silent as I choose.

(5) I understand that by pleading guilty or no contest I am giving up the right to appeal all matters relating to the final judgment, including the issue of my guilt or innocence. If the judge accepts this plea, the only issues I will be able to appeal are those relating to my sentence and the judge's authority to hear my case. I understand that I have 30 days to appeal the court's judgement and sentence, and if I cannot afford a lawyer, one will be appointed for me.

(6) I understand that if I am not a United States citizen, a plea of guilty or no contest could result in my deportation.

(7) I understand that the judge may assess court costs against me under Florida Statute governing my case, and that the judge will impose other mandatory fines that may apply to this case.

(8) I have read this entire form carefully; front and back, and I understand all the rights and duties explained in this form.

I state to the Court that I am not under the influence of drugs or alcohol, that no one forced or threatened me to enter this plea, and that I am entering this plea freely and voluntarily. I acknowledge that I am entering this plea because I believe it is my best interest.

SWORN TO AND FILED in open Court in the presence of my lawyer and the Judge this __3__ day of __July__, 20__23__.

X _Chad Johnson_
DEFENDANT

I hereby certify that I am counsel for the defendant and that I have informed the defendant of the nature of each charge against him/her, the maximum penalty, any applicable minimum penalty, and required elements of proof, and any possible defenses. I believe the defendant understands the rights and duties explained in this plea form and that the defendant is entering this plea freely and voluntarily with a full and complete understanding of the consequences.

_____
COUNSEL FOR THE DEFENDANT

_Ronald W Flury_
RONALD FLURY
CIRCUIT COURT JUDGE

Plea Accepted and Plea Form Filed by: