UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| CHAD EDWARD JOHNSON,<br><br>    Plaintiff,<br><br>vs.<br><br>LT. JACKIE SOLOMON,<br><br>    Defendants. | Case No. 4:21-cv-470-MAF<br>[CONSENT] |

## NOTICE OF APPEARANCE

Please take notice that James M. Slater of Slater Legal PLLC appears as counsel on behalf of Plaintiff Chad Johnson. The certificate of service for all pleadings, orders, and other papers in this action should include **James M. Slater** at Slater Legal PLLC, 113 S. Monroe Street, Tallahassee, Florida 32301 and james@slater.legal.

Dated: July 28, 20203.

    Respectfully submitted,

    */s/ James M. Slater*
    James M. Slater (FBN 111779)
    SLATER LEGAL PLLC
    113 S. Monroe Street
    Tallahassee, Florida 32301
    james@slater.legal
    Tel.: (305) 523-9023

    *Counsel for Plaintiff*

## Certificate of Service

I hereby certify that on July 28, 2023, I electronically filed the foregoing document with the Clerk by using the CM/ECF system, which will serve a copy on all counsel of record.

By: */s/ James M. Slater*
James M. Slater