TO:      Mr. Tim Warner

From:   Sgt. B. Bunkley

Date:   March 18, 2022

REF:     Inmate Chad Johnson vs Captain Solomon

On March 18, 2022, while reviewing the video on the day in question March 22, 2020. At approximately 5:00 am I saw Lt. Solomon in the foyer upstairs with Deputy Neil Shuler. Deputy Shuler had a taser in his hand and Lt. Solomon had a black canister in her hand. On the video it showed Lt. Solomon and Deputy Shuler exit the foyer without using chemical agent, taser or any use of force on any inmates. See attached examples of Use of Force Reports that Lt. Solomon completes when any force is used.  After further investigation, no incident was submitted by Lt. Solomon on said date.

The above time and date were the last point of contact Lt. Solomon had with inmate Johnson. Anytime use of force is used on inmates an incident report would be generated. Attached are the Use of Force Policy and Inmate Grievance Procedure. Also see attached statements from inmates that had any involvement in the incident on March 22, 2020, as well as the Jail Roster for March 22-23, 2020.

After a thorough research no grievance was found or received form Inmate Johnson.

Unfortunately, my cell phone service was with Straighttalk and they could not provide me with a detailed printout of calls made/received on date in question.

JOH1-000033

Defendant's Trial Exhibit 31

LIBERTY COUNTY SHERIFF'S DEPARTMENT

INCIDENT REPORT

DATE: 04/09/2018                                    TIME:  11:05AM

PERSONS INVOLVED: JESSE HOBBY

INCIDENT: BELLIGERENT & DISRUPTIVE NORMAL OPERATION OF THE JAIL

DESCRIPTION OF INCIDENT:

ON APRIL 9, 2018, AT APPROXIMATELY 11:05 AM.  I SERGEANT SOLOMON AND OFFICER SEWELL ENTERED THE HOUSING
AREA OF THE MALE INMATES.  WHEN I ADVISED ALL INMATES TO CLEAN UP THEIR LIVING AREA AND REMOVE ALL ITEMS
ON THE EMPTY BUNKS.  THE ORDER WAS GIVEN BUT TO NO AVAIL.  I THEN BEGAN TO REMOVED THE ITEMS OF THE EMPTY
BUNKS, WHEN INMATE JESSE HOBBY STATED IN A BULLIGERENT MANNNER YOU BETTER GIVE ME MY BOWL THAT I PAID $5.00
DOLLARS FOR OR ELSE.  AS HE APPROACHED ME FROM BEHIND, I TURNED AND ADVISED INMATE HOBBY TO BACKUP.  INMATE
HOBBY CONTINUED TO BE BELLIGERENT AND CAUSING UNREST IN THE DORMITORY.  INMATE HOBBY CONTINUE TO ADVISED
ME THAT HE WANTED HIS BOWL AND I WAS GOING TO BE SORRY IF HE DIDN'T GET IT.  INMATE HOBBY WAS REMOVED FROM
THE MALE HOUSING AREA, DUE TO HIS BELLIGERENT BEHAVIOR TOWARD STAFF.  INMATE HOBBY WAS PLACED IN THE
HOLDING CELL AND INMATE HOBBY CONTINUED TO BE BELLIGERENT.  INMATE HOBBY WAS ADVISED TO CEASED HIS
DISRUPTED BEHAVIOR.  I THEN ADVISED HIM THAT IF HE CONTUINUED HIS DISRUPTED BEHAVIOR THAT CHEMICAL AGENT
WOULD BE ADMINISTERED.  INMATE HOBBY CONTINUED HIS DISRUTIVED BEHAVIOR TO NO AVAIL.  AT APPROXIMATELY
11:22AM, I ADMINISTERED 2-ONE SECOND BURST OF SABRE RED MK9 FOGGER TO INMATE HOBBY UPPER FACICAL AREA.
INMATE HOBBY THEN BECAME COMPLIANCE WITH ALL ORDERS GIVEN TO HIM.  INMATE HOBBY WAS AFFORDED THE
OPPRTUNITY TO TAKEN A SHOWER IN COLD WATER.  INMATE HOBBY WAS GIVE GIVEN CLEANING CLOTHING AND PLACED IN
A CLEAN CELL.  INMATE HOBBY WILL BE MONITORED FOR 60 MINUTES FOR RESPIRATORY REST.  THE JAIL ADMIINISTER  WAS
ADVISED OF THE USE OF CHEMICAL AGENT.

OFFICER'S SIGNATURE:  J.L. SOLOMON                    ID#   40    DATE:    04/09/18

JOH1-000034

Defendant's Trial Exhibit 31

# LIBERTY COUNTY SHERIFF'S DEPARTMENT

## INCIDENT REPORT

**DATE:** 09/24/2020

**PERSONS INVOLVED:** INMATE JAMES BIRREN

**INCIDENT:** HEARING VOICES TO HARM HIMSELF

**DESCRIPTION OF INCIDENT:**

ON September 24, 2020 AT APPROXIMATELY 10:00AM, OFFICER JOHN SENDOYA AND I WENT UPSTAIRS TO THE CONFINEMENT HOLDING CELL CHECKING ON INMATE JAMES BIRREN DUE TO HIM BEING PLACED IN THE CONFINEMENT HOLDING CELL ON SEPTEMBER 23, 2020.  FIRST SHIFT STAFF INFORMED OFFICER SENDORYA THAT INMATE BIRREN HAD RECEIVED BAD NEWS FROM HIS FAMILY AND WANTED TO BE PLACED IN THE CELL. WHEN OFFICER SENDOYA AND I APPROACHED THE CELL WE OBSERVED INMATE BIRREN WITH HIS MATTRESS ON THE FLOOR UNDERNEATH HIS BUNK.  AT THIS TIME, I CALLED INMATE BIRREN NAME BUT HE DID NOT ANSWER.  I THEN CALLED INMATE BIRREN NAME AGAIN AND STILL DID NOT ANSWER. AT THIS TIME, I INSTRUCTED OFFICER SENDOYA TO GO DOWN STAIRS AND RETRIEVE THE CONFINE-MENT HOLDING CELL KEYS SO WE COULD CONDUCT A PHYSICAL CHECK ON INMATE BARREN DUE TO INMATE BIRREN NOT RESPONDING TO VERBAL COMMANDS.  WHEN OFFICER SENDOYA RETURNED WITH THE KEYS, WE PROCEEDED TO ENTER THE CELL.  INMATE BIRREN STARTED YELLING AND SCREEMING STATING, "I AM HEARING VOICES AND THE VOICES ARE TELLING ME TO HARM MYSELF AND OTHERS."  OFFICER SENDOYA AND I REMOVED INMATE BIRREN FROM THE CONFINEMENT CELL AND PLACED HIM IN THE OBSERVATION HOLDING CELL DOWN STAIRES INFRONT OF THE CONTROL ROOM IN ORDER TO BE OBSERVED EVERY 30 MINUTES.

*Example*

OFFICER'S SIGNATURE: ___Lieutenant J. SOLOMON___   DATE:__09/24/2020__

JOH1-000035

Defendant's Trial Exhibit 31

# LIBERTY COUNTY SHERIFF'S DEPARTMENT

## INCIDENT REPORT

**DATE:** 09/24/2020

**PERSONS INVOLVED:** INMATE JAMES BIRREN

**INCIDENT:** STANDING ON THE BENCH IN THE HOLDING CELL

**DESCRIPTION OF INCIDENT:**

AT APPROXIMATELY 1350, WHILE OBSERVING INMATE JAMES BIRREN IN THE HOLDING CELL IN FRONT OF THE CONTROL ROOM, I OBSERVED HIM STANDING ON THE BENCH TRYING TO JUMP DOWN OFF THE BEACH TO COMMITT SELF HARM.  I ADVISED INMATE BIRREN TO GET DOWN FROM OFF THE BEACH AND INMATE BIRREN COMPLIED WITH MY VERBAL ORDERS. INMATE BIRREN CONTINUED STATING, "HE NEEDED HELP AND FELT LIKE HARMING HIMSELF." INMATE BIRREN ALSO STATED, "HE IS CONTINUES TO HEAR VOICES AND HE NEEDS HELP." NO USE OF FORCE HAD TO BE USED DO TO HIM COMPLYING WITH ALL ORDERS.

OFFICER'S SIGNATURE: ___OFFICER J. SOLOMON___ DATE:__09/24/2020__

JOH1-000036

Defendant's Trial Exhibit 31