# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

CHAD EDWARD JOHNSON,

      Plaintiff,

vs.

LT. JACKIE SOLOMON,

      Defendants.

Case No. 4:21-cv-470-MW-MAF

## NOTICE OF APPEARANCE

NOTICE IS HEREBY GIVEN that the Undersigned Attorney enters his appearance as co-counsel in the above cause as counsel for the Plaintiff, CHAD EDWARD JOHNSON, and requests that all pleadings, motions, and notices be forwarded to this attorney at the address set forth below.

Respectfully Submitted,     *s/ James V. Cook*
JAMES V. COOK (FBN 0966843
Law Office of James Cook
314 West Jefferson Street
Tallahassee, FL 32301
(850) 222-8080; 561-0836 fax
cookjv@gmail.com

*Attorneys for Plaintiff*

I CERTIFY the foregoing was filed electronically on 7/28/2023, serving counsel of record registered to be notified by the CM/ECF electronic filing system.

*/s/ James V. Cook*

1