# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**CHAD EDWARD JOHNSON,**

    **Plaintiff,**

vs.                                                               **Case No. 4:21cv470-MAF**

**LT. JACKIE SOLOMON,**

    **Defendant.**

_____/

## O R D E R

Plaintiff initiated this case pro se in November 2021 while housed at the Bay County Jail, alleging that on March 22, 2020, while Plaintiff was housed at the Liberty County Jail, Defendant Solomon unnecessarily used pepper spray on him as an act of retaliation and not as a justifiable use of force. ECF No. 1. After granting Defendant's motion to dismiss in part, *see* ECF No. 27, the parties engaged in discovery, ECF No. 30, declined to participate in mediation or summary judgment, ECF No. 37, and then filed a notice of consent to magistrate jurisdiction. ECF No. 39. On the eve of trial - demanded by the Defendant (ECF No. 29 at 6) - counsel was sought to represent Plaintiff. ECF No. 52. Although counsel made a limited

appearance on March 17, 2023, ECF No. 54, notices of appearance of counsel have now been filed.  ECF Nos. 72, 74.

The stay previously entered on March 30, 2023, ECF No. 64, has now been lifted, ECF No. 71, and Plaintiff - through counsel - has filed a motion for leave to conduct limited discovery and supplement pretrial disclosures.  ECF No. 73.  Plaintiff requests that discovery be reopened for 60 days so that counsel can obtain records from the jail, inspect the jail, and supplement his pretrial documents by listing witnesses and additional exhibits.  *Id.*  The motion advises that counsel conferred regarding the motion, but not meaningfully due to time restraints.  *Id.* at 11.  Thus, Defendant shall have until **August 7, 2023**, to file a response if Defendant opposes the motion.

As a reminder, Defendant previously stated she was not willing to participate in a settlement conference.  ECF No. 49.  If the parties' positions have changed and they are willing to have a settlement conference, the parties must notify the Court no later than **August 4, 2023**.

Accordingly, it is

**ORDERED:**

1. Defendant must file a response to Plaintiff's motion to conduct limited discovery and supplement the pretrial disclosures, ECF No. 73, no later than **August 7, 2023,** if the motion is opposed.

2. The parties must notify the Court by **August 4, 2023**, whether or not they are willing to participate in a settlement conference.

3. The Clerk of Court shall return this file upon receipt of responses from the parties, or no later than August 7, 2023.

**DONE AND ORDERED** on July 31, 2023.

S/   Martin A. Fitzpatrick
**MARTIN A. FITZPATRICK**
**UNITED STATES MAGISTRATE JUDGE**