UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CHAD EDWARD JOHNSON,

    Plaintiff,

v.

LT. JACKIE SOLOMON,

    Defendant.

Case No. 4:21-cv-470-MAF-[CONSENT]

## PLAINTIFF'S POSITION ON SETTLEMENT CONFERENCE

Pursuant to the Court's Order (ECF No. 75), Plaintiff advises the Court that Plaintiff is willing to participate in a settlement conference. In the event the Court authorizes limited discovery, Plaintiff would respectfully ask that any such settlement conference be deferred until the completion of such discovery.

Dated: August 3, 2023.

    Respectfully submitted,

    */s/ James M. Slater*
    James M. Slater (FBN 111779)
    SLATER LEGAL PLLC
    113 S. Monroe Street
    Tallahassee, Florida 32301
    james@slater.legal
    Tel. (305) 523-9023

    -and-

/s/ James V. Cook
James V. Cook (FBN 966843)
LAW OFFICE OF JAMES COOK
314 W. Jefferson Street
Tallahassee, Florida 32301
cookjv@gmail.com
Tel. (850) 222-8080

### Certificate of Compliance with Local Rule 7.1(F)

Pursuant to Local Rule 7.1(F), I hereby certify that the foregoing document contains fewer than 300 words, inclusive of headings, footnotes, and quotations, but exclusive of the case style, signature block and certificates.

By: /s/ James M. Slater
James M. Slater

### Certificate of Service

I hereby certify that on August 3, 2023, I electronically filed the foregoing document with the Clerk by using the CM/ECF system, which will serve a copy on all counsel of record.

By: /s/ James M. Slater
James M. Slater