UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CHAD EDWARD JOHNSON,

    Plaintiff,

v.                           CASE NO.: 4:21-cv-470-MW-MAF

LT. JACKIE SOLOMON, OF THE
LIBERTY COUNTY SHERIFF'S
DEPARTMENT, in her individual capacity

    Defendants.

_____

**<u>DEFENDANT'S NOTICE TO THE COURT REGARDING
SETTLEMENT CONFERENCE and RESPONSE TO PLAINTIFF'S
MOTION FOR LIMITED DISCOVERY and to SUPPLEMENT PRETRIAL
DISCLOSURES</u>**

    Defendant, Lt. Jackie Solomon, in her individual capacity, pursuant to this Court's Orders of July 11, 2023 (ECF No. 71) and July 31, 2023 (ECF No. 75), hereby submits her notice to the court regarding her position regarding a settlement conference, and her response to Plaintiff's Motion to Conduct Limited Discovery and Supplement the Pretrial Disclosures (ECF No. 73):

    1.    The Court has requested notice regarding the parties' positions on conducting a settlement conference have changed in ECF Nos. 71 and 75.

    2.    Accordingly, Defendant Lt. Jackie Solomon submits that given the parties' differing positions regarding liability, a settlement conference would

not be beneficial in this instance; therefore, Defendant Solomon's position on conducting a settlement agreement has not changed, and she does not wish to engage in a settlement conference at this time.

3.     In response to Plaintiff's Motion to Conduct Limited Discovery and Supplement the Pretrial Disclosures (ECF No. 73), due to the time and expense associated with conducting additional discovery, Defendant Solomon objects to reopening discovery and supplementing pretrial disclosures. However, to the extent the Court grants Plaintiff's motion, Defendant Solomon would request to also participate in the limited discovery and supplement the pretrial disclosures.[1]

Respectfully submitted this 4th day of August, 2023.

WARNER LAW FIRM, P. A.

*/s/ Timothy M. Warner*
Timothy M. Warner
Florida Bar No. 0642363
Jennifer A. Hawkins
Florida Bar No. 17694
501 West 11th Street, Suite A
Panama City, FL 32401
Phone No. (850) 784-7772
pleadings@warnerlaw.us
*Counsel for Defendant*

---

[1] To the extent Plaintiff has requested an opportunity to inspect the jail in his Motion to Reopen Discovery (ECF No. 73), Defendant Solomon is being sued in her individual capacity. While she works for the Sheriff at the Liberty County Jail, and any requests regarding inspection or viewing of the Jail would have to be addressed to the Sheriff's Office.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing was filed this 4th day

of August 2023 via CM/ECF, which will send notice to all counsel of record.


WARNER LAW FIRM, P. A.
***/s/ Timothy M. Warner***
Timothy M. Warner
Florida Bar No. 0642363