## RETURN OF SERVICE

### UNITED STATES DISTRICT COURT
### District of Florida

Case Number: 4:21-CV-470-MAF

Plaintiff:
**Chad E Johnson**

vs.

Defendant:
**Lt. Jackie Solomon**

For:
James Slater
Slater Legal Pllc

Received by Accurate Serve (Tallahassee) on the 11th day of August, 2023 at 5:20 pm to be served on **Liberty County Sheriff's Office, 12832 N Central St, Bristol, FL 32321**.

I, Daniel McMillan, do hereby affirm that on the **14th day of August, 2023** at **4:40 pm, I:**

served a **GOVERNMENT AGENCY** by delivering a true copy of the **Subpoena to Produce Documents, Information, or Objects or To Permit Inspection of Premises in Civil Action; Proof of Service; Civil Procedure; Exhibits; Definitions and Instructions** with the date and hour of service endorsed thereon by me, to: **JB Alford** as **Civil Service** for **Liberty County Sheriff's Office**, and informed said person of the contents therein, in compliance with State Statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury I declare that I have read the foregoing return of service and that facts stated in it are true and correct.

*Daniel McMillan*
CPS #177

**Accurate Serve (Tallahassee)**
**400 Capital Circle Se, Suite 18291**
**Tallahassee, FL 32301**
**(850) 519-5494**

Our Job Serial Number: PHD-2023000744
Ref: T232877

Copyright © 1992-2023 Database Services, Inc. - Process Server's Toolbox V8.2i