| | |
|---|---|
| **From:** | Jennifer Hawkins <jenniferhawkins@warnerlaw.us> |
| **Sent:** | Friday, September 1, 2023 9:30 AM |
| **To:** | 'James M. Slater'; Tim Warner; cookjv@gmail.com |
| **Cc:** | bbunkley@libertycountysheriff.org |
| **Subject:** | FW: Jail visit |
| **Attachments:** | visit.doc |

Good morning, please see the attached correspondence I received from Sheriff Money regarding the jail visit.
We are set today for 1:00 PM Central/2:00 PM Eastern.
Tim Warner will be there from our office.
Thanks,
Jennifer Hawkins

-----Original Message-----
From: bbunkley@libertycountysheriff.org <bbunkley@libertycountysheriff.org>
Sent: Thursday, August 31, 2023 4:44 PM
To: Jennifer Hawkins <jenniferhawkins@warnerlaw.us>
Subject: Re: Jail visit


--
Brandi Bunkley
Assistant Jail Administrator
Liberty County Sheriff's Office
12499 NW Pogo Street
Bristol, FL  32321
850-643-2075 or 850-570-3841



**BUDDY MONEY SHERIFF**

LIBERTY COUNTY FLORIDA

OFFICE PHONE 850-643-2235
FAX 850-643-2402

MEMBER:
FLORIDA SHERIFFS ASSOCIATION

August 31, 2023

Re: Jail Visit

Dear Sir/Madam,

 I am writing on behalf of Sheriff Buddy Money for a visit and walk-through of the Liberty County Jail. Please understand that a visit to the jail is subject to specific rules and regulations. You will be allowed to observe confinement areas, holding cells, booking location, and control room to the extent of two visitors. Additionally, there are certain things that visitors are not allowed to do, such as taking videos or photographs, asking questions involving inmates, walking around without an escort, and bringing cell phones or keys inside the jail. Please provide a driver's license and attorney bar card upon entry, with no exceptions. We appreciate your consideration of the jail policy and procedures.

We are looking forward to your visit to the Liberty County Jail and gaining a better understanding of its operations.

Sincerely,

For Buddy Money
cc:  bb

P.O. BOX 67 *12832 NW CENTRAL AVENUE* BRISTOL, FLORIDA 32321