| | |
|---|---|
| **From:** | James M. Slater <james@slater.legal> |
| **Sent:** | Friday, September 1, 2023 12:27 PM |
| **To:** | bbunkley@libertycountysheriff.org |
| **Cc:** | James Cook; Jennifer Hawkins; Tim Warner |
| **Subject:** | Re: FW: Jail visit |

Thanks, Sgt. Bunkley. We note your position and we'll adjourn today so that we can seek Court intervention.

My best,
James


**James Slater**

Slater Legal PLLC

113 S. Monroe Street

Tallahassee, FL 32301

Tel. 305-523-9023

slater.legal



 Virus-free.www.avast.com

On Fri, Sep 1, 2023 at 12:22 PM <bbunkley@libertycountysheriff.org> wrote:
> Mr. Slater,
>
> I am sorry but having cameras inside the jail is a security risk.  At
> this time we can not approve cameras inside the facility.  We are more
> than willing to provide a photograph of what areas you need, per your
> request, by jail personnel.  If this is not agreeable, Sheriff Buddy
> Money understands that this matter may be brought before the court.
>
> Sgt Brandi Bunkley
>
> On 2023-09-01 11:56, James M. Slater wrote:
> > Sgt. Bunkley,

>
> Please be sure to copy everyone when responding.
>
> Rule 45 permits us to take photographs and the Sheriff's Office has
> not moved for any protective order to preclude our photography. That
> said, we are willing to work with you, but we cannot agree that the
> specific photographs would be subject to the Sheriff's approval. What
> we could agree on is that prior to using any photograph we can share
> them with you and Mr. Warner's office and give you a period of time to
> move for a protective order as to a specific photograph. If that
> works, Mr. Cook will head out right now. If not, please immediately
> let us know so that we may adjourn today's visit and file a motion
> with the Court.
>
> Thank you,
> James
>
> James Slater
>
> Slater Legal PLLC
>
> __
>
> 113 S. Monroe Street
>
> Tallahassee, FL 32301
>
> Tel. 305-523-9023
>
> slater.legal [2]
>
> On Fri, Sep 1, 2023 at 11:53 AM <bbunkley@libertycountysheriff.org>
> wrote:
>
>> Dear Mr. Slater,
>>
>> Thank you for your email. Please be informed that due to security
>> risks
>> of our facility, cameras are not allowed inside the jail. However,
>> if
>> you have a specific request for a photo, you can make a request and
>> the
>> Sheriff will consider providing a photo to you.
>>
>> Thank you for your understanding.
>>
>> Best regards,
>> Sheriff Buddy Money
>> cc: bb
>>
>> On 2023-09-01 10:26, James M. Slater wrote:
>>> Jennifer,

>>>
>>> Thank you for sending this. We note the visitation form precludes
>>> photography. The attached subpoena to LCSO is for inspection as
>> well
>>> as production. The inspection, per the subpoena, includes
>> photography.
>>> Mr. Cook plans to bring his digital camera to take photographs of
>> the
>>> area of the incident. Please have LCSO acknowledge that Mr. Cook
>> is
>>> permitted to bring his camera. Otherwise, we will need to adjourn
>> the
>>> inspection so that we may ask the Court to intercede on that
>> issue.
>>> Thank you.
>>>
>>> James
>>>
>>> James Slater
>>>
>>> Slater Legal PLLC
>>>
>>> __
>>>
>>> 113 S. Monroe Street
>>>
>>> Tallahassee, FL 32301
>>>
>>> Tel. 305-523-9023
>>>
>>> slater.legal [1]
>>>
>>> [2]
>>> Virus-free.www.avast.com [1] [2]
>>>
>>> On Fri, Sep 1, 2023 at 9:30 AM Jennifer Hawkins
>>> <jenniferhawkins@warnerlaw.us> wrote:
>>>
>>>> Good morning, please see the attached correspondence I received
>> from
>>>> Sheriff Money regarding the jail visit.
>>>> We are set today for 1:00 PM Central/2:00 PM Eastern.
>>>> Tim Warner will be there from our office.
>>>> Thanks,
>>>> Jennifer Hawkins
>>>>
>>>> -----Original Message-----
>>>> From: bbunkley@libertycountysheriff.org
>>>> <bbunkley@libertycountysheriff.org>
>>>> Sent: Thursday, August 31, 2023 4:44 PM
>>>> To: Jennifer Hawkins <jenniferhawkins@warnerlaw.us>
>>>> Subject: Re: Jail visit

3

```
>>>>
>>>> --
>>>> Brandi Bunkley
>>>> Assistant Jail Administrator
>>>> Liberty County Sheriff's Office
>>>> 12499 NW Pogo Street
>>>> Bristol, FL  32321
>>>> 850-643-2075 or 850-570-3841
>>>
>>>
>>> Links:
>>> ------
>>> [1] http://slater.legal/
>>> [2]
>>>
>>
> https://www.avast.com/sig-email?utm_medium=email&amp;utm_source=link&amp;utm_campaign=sig-email&amp;utm_content=webmail
>>
>> --
>> Brandi Bunkley
>> Assistant Jail Administrator
>> Liberty County Sheriff's Office
>> 12499 NW Pogo Street
>> Bristol, FL  32321
>> 850-643-2075 or 850-570-3841
>
>          [3]
>          Virus-free.www.avast.com [3]
>
>
>
> Links:
> ------
> [1] http://Virus-free.www.avast.com
> [2] http://slater.legal/
> [3]
> https://www.avast.com/sig-email?utm_medium=email&amp;utm_source=link&amp;utm_campaign=sig-email&amp;utm_content=webmail

--
Brandi Bunkley
Assistant Jail Administrator
Liberty County Sheriff's Office
12499 NW Pogo Street
Bristol, FL  32321
850-643-2075 or 850-570-3841
```