# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**CHAD EDWARD JOHNSON,**

    **Plaintiff,**

**vs.**                                             **Case No. 4:21cv470-MAF**

**LT. JACKIE SOLOMON,**

    **Defendant.**

_____/

## O R D E R

Plaintiff, now represented by counsel, has filed a motion to compel. ECF No. 79. Plaintiff contends that staff at the Liberty County Sheriff's Office has refused to permit compliance with a subpoena, notwithstanding that Defendant Solomon served no objections to the subpoena. *Id.* at 4.

Prior to ruling on the motion, Defendant shall have an opportunity to file a response. Because the discovery period will close on October 12, 2023, Defendant's response must be filed on or before **September 15, 2023**.

Accordingly, it is

**ORDERED:**

1. Ruling on Plaintiff's motion to compel, ECF No. 79, is **DEFERRED**.

2. Defendant has until **September 15, 2023,** to file a response to the motion to compel, ECF No. 79.

3. The Clerk of Court shall return this file upon the filing of a response to the motion to compel, ECF No. 79.

**DONE AND ORDERED** on September 7, 2023.

        **S/   Martin A. Fitzpatrick**
        **MARTIN A. FITZPATRICK**
        **UNITED STATES MAGISTRATE JUDGE**