UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CHAD EDWARD JOHNSON,

    Plaintiff,

v.                                  CASE NO.: 4:21-cv-470-MW-MAF

LT. JACKIE SOLOMON, OF THE
LIBERTY COUNTY SHERIFF'S
DEPARTMENT, in her official capacity

    Defendants.

---

## LIMITED NOTICE OF APPEARANCE

COME NOW, Jennifer A. Hawkins, Timothy M. Warner, William G. Warner, Alyssa M. Yarbrough, and Alicia D. Carothers of Warner Law Firm, P.A., and hereby give limited notice of appearance in the above-captioned matter as counsel for Buddy Money, as Sheriff of Liberty County, concerning only the matters related to the Plaintiff's Motion to Compel [ECF No. 79 ] and for purposes of assisting the Sheriff in responding to the Plaintiff's pending Subpoena Duces Tecum to Non-Party dated August 10, 2023, and request that all future pleadings regarding these specific matter be served on Warner Law Firm, P.A., pleadings@warnerlaw.us

Dated this 13th day of September 2023.

        WARNER LAW FIRM, P. A.
        ***/s/ Jennifer A. Hawkins***
        Jennifer A. Hawkins
        Florida Bar No. 17694
        Timothy M. Warner
        Florida Bar No. 0642363
        William G. Warner
        Florida Bar No. 0346829
        Alyssa M. Yarbrough
        Florida Bar No. 103407
        Alicia D. Carothers
        Florida Bar No. 99339
        501 West 11th Street, Suite A
        Panama City, FL 32401
        Phone No. (850) 784-7772
        pleadings@warnerlaw.us
        *Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing was filed on September 13, 2023 CM/ECF, which will provide notice to all counsel of record.

        ***/s/ Jennifer A. Hawkins***
        Jennifer A. Hawkins
        Florida Bar No. 0017694