UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CHAD EDWARD JOHNSON,

    Plaintiff,

v.                                             Case No. 4:21-cv-470-MAF

LT. JACKIE SOLOMON,

    Defendant.

## Affidavit

1. My name is Brandi Bunkley. I am *sui juris*. I am of sound mind; capable of making this affidavit.

2. I am employed by the Liberty County Sheriff's Office as the Assistant Jail Administrator.

3. I have reviewed Plaintiff's sworn deposition testimony, whereby he alleges that he was pepper-spayed by Lt. Solomon in a downstairs holding cell, "pretty close to the control room."

4. There are surveillance cameras that record the hallway with the two holding cells that could be described as "pretty close to the control room."

5. The surveillance recording system in the Liberty County stores footage for 30 days, at which point, unless the footage is downloaded, it is overwritten with new footage.

6. Video footage would be preserved when an incident is brought to the attention of the jail, by way of a complaint or grievance, or when there is an incident in the jail, such as the use of force.

7. Plaintiff Chad Johnson did not file a grievance alleging he was pepper-sprayed until April 22, 2021, over a year after March 22, 2020, the date he alleges it occurred.

8. Upon a thorough search of the inmate communication system the Liberty County Sheriff's Office utilizes, whereby inmates are able to express any concerns or issues, I was unable to locate any documentation to indicate anyone requested the Sheriff to retrieve any video of that first-floor of the jail within the 30-day time period.

9. Additionally, I searched for any documentation regarding any use of force, or any other incidents related to Chad Johnson in the first-floor of the jail on March 22, 2022 and did not locate any.

10. Any video footage from the hallway where Chad Johnson is alleging this occurred would have been automatically overwritten on or about April 22, 2020, 30 days after the alleged incident.

FURTHER AFFIANT SAITH NOT.

_Sgt Brandi Bunkley_
SGT BRANDI BUNKLEY

The forgoing was sworn to and subscribed before me this 15th day of September, 2023 by Brandi Bunkley, who is:

Personally Known ✓
OR Produced Identification __
(Type of Identification) _____

[SEAL: BRET H. PHILLIPS / MY COMMISSION EXPIRES AUGUST 12, 2025 / #HH 151610 / Bonded thru Thomas Insurance Agency / NOTARY PUBLIC, STATE OF FLORIDA]

_Bret L. Phillips_
NOTARY PUBLIC

BRET L. Phillips
Print Name – Notary Public