UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CHAD EDWARD JOHNSON,

    Plaintiff,

v.                                      Case No. 4:21-cv-470-MAF

LT. JACKIE SOLOMON,

    Defendant.

## **DEFENDANT LT. JACKIE SOLOMON'S RESPONSE TO PLAINTIFF'S MOTION TO COMPEL NONPARTY LIBERTY COUNTY SHERIFF TO PERMIT PLAINTIFF'S COUNSEL TO TAKE PHOTOGRAPHS IN THE LIBERTY COUNTY JAIL**

COMES NOW, Defendant, Lt. Jackie Solomon, and responds to Plaintiff's Motion to Compel Nonparty Liberty County Sheriff to Permit Plaintiff's Counsel to Take Photographs in the Liberty County Jail [ECF No. 80, Order directing Defendant to file a response to ECF No. 79] and states in support:

1. On August 14, 2023, Plaintiff issued a Rule 45 subpoena to the Liberty County Sheriff's Office seeking the production of records as well as inspection of the Liberty County Jail, including taking photographs inside of the jail. See subpoena (ECF 79-1).

2. The subpoena stated: "**YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date and location set forth below, so that the

requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it."

3. On September, the undersigned sent an email to Plaintiff's Counsel with an August 31, 2023 letter from Sheriff Buddy Money attached (ECF 79-3). The Sheriff's letter stated the following: "You will be allowed to observe the confinement areas, holding cells, booking location, and control room to the extent of two visitors. Additionally, there are certain things that visitors are not allowed to do, such as taking videos or photographs, asking questions involving inmates, walking around without an escort, and bringing cell phones or keys inside the jail."

4. On September 1, 2023, Sgt. Brandi Bunkley sent an email to Plaintiff's Counsel (ECF 79-4) explaining that Plaintiff's Counsel's request to have their own cameras brought inside the jail would be a potential security risk.

5. On September 5, 2023, Plaintiff filed his Motion to Compel Nonparty Liberty County Sheriff to Permit Plaintiff's Counsel to Take Photographs in the Liberty County Jail (ECF 79).

6. On September 7, 2023, this Court entered an Order (ECF 80) requiring a response to Plaintiff's Motion.

7. Defendant, Lt. Jackie Solomon, is sued in her individual capacity only and she is not the entity which controls the Liberty County Jail or access thereto. Rather, the Jail is under the authority and control of Buddy Money, Sheriff of Liberty County.

8. It is the understanding of Defendant Solomon that the Sheriff, as a non-party, will file a separate response to the Court's Motion to Compel, wherein the Sheriff will address issues involving the scope and/or limitation of access to the Jail.

9. Accordingly, Lt. Jackie Solmon defers to the Sheriff with regard to Plaintiff's Subpoena.

Respectfully submitted this 15th day of September, 2023.

WARNER LAW FIRM, P.A.

**/s/ Jennifer A. Hawkins**
Jennifer A. Hawkins
Florida Bar No. 17694
501 W. 11th Street, Suite A
Panama City, FL 32401
Phone No. (850) 784-7772
pleadings@warnerlaw.us
*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing was filed this 15th day of September 2023 via CM/ECF, which will send notice to all counsel of record.

                                    ***/s/ Jennifer A. Hawkins***
                                    Jennifer A. Hawkins
                                    Florida Bar No. 17694