<div style="text-align:center">

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

</div>

CHAD EDWARD JOHNSON,

    Plaintiff,

vs.

LT. JACKIE SOLOMON,

    Defendants.

Case No. 4:21-cv-470-MAF

## JOINT MOTION FOR CONFIDENTIALITY ORDER

The Parties respectfully move the Court for the attached Confidentiality Order pursuant to the Court's Order (Doc. 84), and would show:

1. On September 19, 2023, the Court granted Plaintiff's Motion to Compel access to permit Plaintiff to photograph areas of the Liberty County Jail.

2. On September 27, 2023, counsel for the Parties visited the Liberty County Jail and undersigned counsel photographed areas within the Jail.

3. Also pursuant to the referenced Order, the Parties agreed to a joint motion for a proposed Confidentiality Order to safeguard the Jail photographs taken and the Jail video previously produced.

4. The Parties have also exchanged disclosures under Fed.R.Civ.P. 26(a)(1).

WHEREFORE, the Parties respectfully move this Honorable Court to render the attached proposed Confidentiality Order.

Respectfully submitted on October 13, 2023,

*/s/ Jennifer A. Hawkins*                */s/ James V. Cook*
JENNIFER A. HAWKINS, ESQ.       JAMES V. COOK, ESQ.

<div style="display: flex;">

<div>

Florida Bar No. 17694
Warner Law Firm, P.A.
501 W. 11th Street, Suite A
Panama City, FL 32401
Phone No. (850) 784-7772
pleadings@warnerlaw.us
*Counsel for Defendant*

</div>

<div>

Florida Bar No. 0966843
Law Office of James Cook
314 West Jefferson Street
Tallahassee, FL 32301
(850) 222-8080; 561-0836 fax
cookjv@gmail.com
*Counsel for Plaintiff*

</div>

</div>