UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CHAD JOHNSON,

    Plaintiff,

v.

LT. JACKIE SOLOMON,

    Defendant.

Case No. 4:21-cv-470-MAF-[CONSENT]

## PLAINTIFF'S NOTICE OF CONFLICT

    Plaintiff Chad Johnson, through his undersigned counsel, files this notice of conflict and states as follows:

    1.    On October 16, 2023, the Court issued its Pre-Trial Conference Order, setting trial in this matter to commence on January 29, 2024. ECF No. 86 § I(D).

    2.    The undersigned notifies the Court that he is currently set for trial on January 31, 2024 in the Northern District of Florida, Gainesville Division, in the matter of *Terry Dukes, Sr. v. Robert B. McCallum, Jr., et ano.*, Case No. 1:23-cv-45 before the Honorable Allen Winsor. This trial setting conflicts with the January 29, 2024 trial period in this matter.

Dated: October 16, 2023.

Respectfully submitted,

*/s/ James M. Slater*
James M. Slater (FBN 111779)
Slater Legal PLLC
113 S. Monroe Street
Tallahassee, Florida 32301
james@slater.legal
Tel. (305) 523-9023

*Attorneys for Plaintiff*