UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CHAD JOHNSON,

    Plaintiff,

v.

LT. JACKIE SOLOMON,

    Defendant.

Case No. 4:21-cv-470-MAF-
[CONSENT]

## JOINT NOTICE REGARDING PRETRIAL CONFERENCE SETTING

Pursuant to Section 1(B) of the Court's Pre-Trial Conference Order, ECF No. 89, the parties file this notice regarding the Court's proposed pretrial conference date.

1. On October 16, 2023, the Court issued a Pre-Trial Conference Order, setting trial in this matter to commence on January 29, 2024, and a pretrial conference to occur presumptively in the afternoon of December 12, 2023. ECF No. 86.

2. Plaintiff's counsel filed a notice of conflict, ECF No. 87, and the Court issued a new order, setting trial to commence on March 4, 2024, with pretrial documents due on January 29, 2024, and the pretrial conference presumptively scheduled for December 12, 2023. ECF No. 89.

3. Pursuant to the Pre-Trial Conference Order, the parties have conferred and would respectfully request that the pretrial conference occur in the afternoon on February 9, 2024, if the Court is available. The parties believe it would streamline judicial economy to schedule the pretrial conference after the pretrial documents are completed and filed.

WHEREFORE, the parties respectfully request that the Court alter the pretrial conference date as set forth above.

Dated: October 26, 2023.

Respectfully submitted,

*/s/ James M. Slater*
James M. Slater (FBN 111779)
Slater Legal PLLC
113 S. Monroe Street
Tallahassee, Florida 32301
james@slater.legal
Tel. (305) 523-9023

*/s/ James V. Cook*
James V. Cook (FBN 966843)
Law Office of James Cook
314 W. Jefferson Street
Tallahassee, Florida 32301
cookjv@gmail.com
Tel. (850) 222-8080

*Counsel for Plaintiff*

*/s/ Jennifer A. Hawkins*
Jennifer A. Hawkins
Florida Bar No. 0017694
Timothy M. Warner
Florida Bar No. 0642363
501 W. 11th St. Suite A
Panama City, FL 32401
Phone No. (850) 784-7772
pleadings@warnerlaw.us

*Counsel for Solomon*