UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CHAD EDWARD JOHNSON,

    Plaintiff,

v.                                       CASE NO.: 4:21-cv-470-MW-MAF

LT. JACKIE SOLOMON, OF THE
LIBERTY COUNTY SHERIFF'S
DEPARTMENT, in her official capacity

    Defendants.

---

## **JOINT STATUS REPORT REGARDING SETTLEMENT**

    Plaintiff, Chad Johnson, and Defendant, Jackie Solomon, in her official capacity, by and through the undersigned counsel, have engaged in settlement discussion regarding this matter. As a result of these discussions, the Parties have reached an agreement for the settlement of all claims in this matter.

    The Parties request that all deadlines be stayed for 30 days pending the forthcoming filing of the appropriate Joint Notice of Dismissal of all claims.

Respectfully submitted this 30th day of October 2023.

*/s/ James M. Slater*
James M. Slater
Florida Bar No. 111779
Slater Legal PLLC
113 S. Monroe Street
Tallahassee, FL 32301
Telephone: (305) 523-9023
james@slater.legal
*Counsel for Plaintiff*

*/s/ Jennifer Hawkins*
JENNIFER HAWKINS
Florida Bar No. 0017694
TIMOTHY M. WARNER
Florida Bar No. 0642363
WARNER LAW FIRM, P.A.
501 W. 11th Street, Suite A
Panama City, FL 32401
Telephone: (850) 784-7772
pleadings@warnerlaw.us
*Counsel for Defendant Jackie Solomon*

*/s/ James v. Cook*
James V. Cook
Florida Bar No. 966843
Law Office of James Cook
314 W. Jefferson Street
Tallahassee, FL 32301
Telephone: (850) 222-8080
cookjv@gmail.com
*Counsel for Plaintiff*