# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

CHAD EDWARD JOHNSON,

    Plaintiff,

vs.　　　　　　　　　　　　　　　　　　Case No. 4:21cv470-MAF

LT. JACKIE SOLOMON,

    Defendant.

_____/

## O R D E R

A pre-trial conference Order was entered on October 16, 2023.  ECF No. 86.  A notice of conflict was filed, however, with the trial date provided.  ECF No. 87.  After consultation with counsel, another Order was entered to amend that date.  ECF No. 89.  Counsel have now filed a response suggesting an alternate date for the pretrial conference.  ECF No. 90.  The suggested date is acceptable, and this Order once against establishes the following pre-trial schedule:

Accordingly, it is **ORDERED:**

1.  This case is scheduled for trial, with jury selection commencing on **Monday, March 4, 2024, at 9:00 a.m.**

2.  A pre-trial conference shall be held on **February 9, 2024**, before United States Magistrate Judge Martin Fitzpatrick at the <u>**U.S. District Courthouse, 111 N. Adams St., Tallahassee, Florida.**</u>

3.  All pre-trial stipulations, statements of the case, list of exhibits and witnesses, proposed jury instructions, and counsel's estimation of the length of trial and willingness to hold a bench trial as opposed to a jury trial must be filed with the Clerk of this Court on or before <u>**January 29, 2024**</u>.

4.  Counsel for the parties shall meet together (in person, on the telephone, or through video conferencing) by **November 29, 2023**, to discuss the items listed in Section II of the prior Order, ECF No. 89.

5.  The parties must comply with the prior pre-trial Order, ECF No. 89, to the extent it has not been modified by this Order.

**DONE AND ORDERED** on October 30, 2023.

S/   Martin A. Fitzpatrick
**MARTIN A. FITZPATRICK**
**UNITED STATES MAGISTRATE JUDGE**