UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CHAD EDWARD JOHNSON,

    Plaintiff,

v.                                      CASE NO.: 4:21-cv-470-MAF

LT. JACKIE SOLOMON, OF THE
LIBERTY COUNTY SHERIFF'S
DEPARTMENT, in her official capacity

    Defendants.

___

## JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, Chad Edward Johnson, and Defendant, Jackie Solomon, in her official capacity, by and through their undersigned counsel, and pursuant to Rule 41(a)(1)(ii), Federal Rules of Civil Procedure, hereby stipulate to the voluntary dismissal with prejudice of the above-captioned action against her. Each party shall be responsible for the payment of their own attorney's fees and costs associated with this action.

Respectfully submitted this 11th day of December 2023.

*/s/ James M. Slater*
James M. Slater
Florida Bar No. 111779
Slater Legal PLLC
113 S. Monroe Street
Tallahassee, FL 32301
Telephone: (305) 523-9023
james@slater.legal
*Counsel for Plaintiff*

*/s/ James v. Cook*
James V. Cook
Florida Bar No. 966843
Law Office of James Cook
314 W. Jefferson Street
Tallahassee, FL 32301
Telephone: (850) 222-8080
cookjv@gmail.com
*Counsel for Plaintiff*

*/s/ Jennifer Hawkins*
JENNIFER HAWKINS
Florida Bar No. 0017694
TIMOTHY M. WARNER
Florida Bar No. 0642363
WARNER LAW FIRM, P.A.
501 W. 11th Street, Suite A
Panama City, FL 32401
Telephone: (850) 784-7772
pleadings@warnerlaw.us
*Counsel for Defendant Jackie Solomon*