# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

**CHAD EDWARD JOHNSON,**

     **Plaintiff,**

**vs.**                          **Case No. 4:21cv470-MAF**

**LT. JACKIE SOLOMON,**

     **Defendant.**

**_____/**

## O R D E R

A joint stipulation for voluntary dismissal with prejudice has been filed pursuant to Rule 41(a)(1)(A)(ii).  ECF No. 93.  The stipulation is signed by counsel for both parties.  Although the stipulation is effective without an order, this Order confirms that the case has been dismissed with prejudice. The Clerk shall close the file and cancel the jury trial set for March 4, 2024.

Accordingly, it is

**ORDERED:**

1.  The joint stipulation of voluntary dismissal, ECF No. 93, is **ACCEPTED**.  This case is dismissed with prejudice pursuant to Rule 41(a)(1)(A(ii).

    2.  The Clerk of Court shall administratively close this case and cancel the jury trial.

    **DONE AND ORDERED** on December 13, 2023.


                      **S/   Martin A. Fitzpatrick**
                      **MARTIN A. FITZPATRICK**
                      **UNITED STATES MAGISTRATE JUDGE**